UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MW GESTION, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>GLOBAL CORD BLOOD CORPORATION, *et al.*<br><br>Defendants. | Case No. 1:24-cv-03071<br><br>**AFFIDAVIT OF SERVICE UPON<br>GLOBAL CORD BLOOD CORPORATION** |

I, Karis Ebanks-Minzett, of Broadhurst LLC, 4th Floor, Monaco Towers, 54 Edward Street, George Town, Grand Cayman, Cayman Islands, being duly sworn, **MAKE OATH** and say as follows:

1. I am an employee working with the law firm Broadhurst LLC.

2. The facts and matters to which I depose in this Affidavit are within my knowledge and are true or, where not within my own knowledge are true to the best of my information and belief and derived from the sources or grounds referred to.

3. There is now produced and shown to me a paginated exhibit marked "**SS-1**". Unless I state otherwise, a reference to a page number in this Affidavit is a reference to exhibit "**SS-1**".

4. On or about 15 May 2024, Broadhurst LLC was retained by Shreefer Law Firm, LLC, located in Merriam, Kansas, in turn instructed by Plaintiff's counsel, to serve the following documents, together "the Documents" upon the Defendant Global Cord Blood Corporation ("the Corporation"):

    a. Hague Service Convention Warning and Summary of the Document to be Served, copies of which are attached hereto as **SS-1**;
    b. Summons in a Civil Action, dated 24 April 2024
    c. Civil Cover Sheet
    d. Class Action Complaint
    e. Order – Initial Pretrial Conference
    f. ECF Rules and Instructions
    g. Individual Practices in Civil Cases - Castel

5. According to the Cayman Islands Corporate Registry for the Corporation, the Corporation's registered office is located at Mourant Governance Services (Cayman) Limited, P. O. Box 1348, 94 Solaris Avenue, Camana Bay, Grand Cayman KY1-1108, Cayman Islands. *See* Search Report attached hereto at page 1 of **SS-1**.

    On 16 May 2024 at approximately 2:55 p.m., I went to the Corporation's registered office at Mourant Governance Services (Cayman) Limited where I personally hand delivered the Documents

to Brad Conolly who acknowledged he is authorized to accept service on behalf of Global Cord Blood Corporation. A copy of the Broadhurst LLC cover letter, dated 16 May 2024 signed by Brad Conolly, Director of Mourant Governance Services (Cayman) Limited on 16 May 2024 confirming receipt of the Documents on behalf of the Corporation is at page 2 of **SS-1**.

6. Brad Conolly is of Afro-Caribbean descent with a light brown complexion, in his 40s, approximately 5'5" tall with a slim build.

7. I declare under penalty of perjury under the laws of Cayman Islands and the United States that the above statements are true and accurate to the best of my knowledge and belief.

22. May. 2024
Date

Karis Ebanks-Minzett

Sworn to before me at George Town, Grand Cayman, Cayman Islands, this 22nd day of May 2024.

Notary Public in and for the Cayman Islands

**EXHIBIT SS-1
TO THE AFFIDAVIT OF
KARIS EBANKS-MINZETT
SWORN ON 22 MAY 2024**

_____

NOTARY PUBLIC

*[Seal: PATRICIA A. DAWKINS, NOTARY PUBLIC, THE CAYMAN ISLANDS, My Commission Expires 31 Jan 2025]*

# WARNING

*(recommended by the Fourteenth Session of
Hague Conference of October 1980)*

**identity and address of the addressee**
*identité et adresse du destinataire*

---

### GLOBAL CORD BLOOD CORPORATION
c/o Mourant Governance Services (Cayman) Limited
PO Box 1348
94 Solaris Avenue
Camana Bay
Grand Cayman KY1-1108
CAYMAN ISLANDS

---

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS.  THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.  YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid Society
199 Water Street
New York, New York 10038
U.S.A.
Tel. 1.212.577.3300


## TRÈS IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS.  LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET.  IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT.  IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

*Legal Aid Society
199 Water Street
New York, New York 10038
U.S.A.
Tel. 1.212.577.3300*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**  Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*  SHREEFER LAW FIRM, LLC
5820 Knox Street, Merriam, Kansas 66203 USA

**Particulars of the parties*:**
*Identité des parties :*  MW GESTION, Individually and On Behalf of All Others Similarly Situated, *Plaintiffs*, v. **GLOBAL CORD BLOOD CORPORATION**, *et al., Defendants.*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*  To give notice to the Defendant that a lawsuit has been filed against it and to summon it to answer.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*  A civil proceeding has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*  Within 21 days after service of this summons on Defendant (not counting the day Defendant received it), Defendant must serve on the Plaintiff or Plaintiffs' attorney an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Plaintiffs' attorney is Michael Grunfeld, Esq., Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016, USA. Defendant must also file its answer or motion with the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 USA.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*  N/A

**Date of judgment**:**
*Date de la décision :*  N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*  Defendant is summoned and must serve an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure upon the plaintiffs' attorney within 21 days from the date of service of the summons (not counting the day Defendant received it). Defendant must also file its answer or motion with the court. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the complaint.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*  N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*  N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302



16 May 2024

*DELIVERED BY HAND*

Global Cord Blood Corporation
In the care of its registered agent
Mourant Governance Services (Cayman) Limited
PO Box 1348
94 Solaris Avenue
Camana Bay
Grand Cayman KY1-1108
Cayman Islands

Dear Sirs,

Re:   **Global Cord Blood Corporation**
      **Civil Action No. 1:24-CV-030701**

We have been instructed to the service of the following documents upon you:

1. Hague Service Convention "Warning"
2. Hague Service Convention "Summary of the Document to be Served."
3. Summons
4. Civil Cover Sheet
5. Complaint
6. Order -Initial Pretrial Conference
7. ECF Rules and Instructions
8. Individual Practices in Civil Cases - Castel

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter appended hereto.

Yours sincerely,

*[signature]*
**Broadhurst LLC**

Delivered by: Karis Ebanks-Minzett
Date Delivered: 16 May 2024
Time Delivered: 2:55 PM
Received by (name): Brad Conolly
Job Title: Director/Head of Lo Service
Received by (signature): *[signature]*

P.O. Box 2503, Grand Cayman KY1-1104, Cayman Islands | Tel: (345) 949-7237 | Fax: (345) 949-7725



**CAYMAN ISLANDS**

# Search Report

| | |
|---|---|
| **Entity Name :** | Global Cord Blood Corporation |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 227732 |
| **Registration Date :** | 30 June 2009 |
| **Entity Type :** | EX-REG BY WAY OF CONT |
| **Registered Office :** | MOURANT GOVERNANCE SERVICES (CAYMAN) LIMITED<br>P. O. Box 1348<br>94 Solaris Avenue<br>Camana Bay<br>Grand Cayman KY1 - 1108<br>Cayman Islands |
| **Status :** | LIQUIDATION IN PROGRESS-BY ORDR OF COURT |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 961073980263
www.verify.gov.ky
15 May 2024