**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC<br><br>Hon. P. Kevin Castel |

### NOTICE OF PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support Of Plaintiffs' Motion For Alternative Service, undersigned counsel, on behalf of lead plaintiff Alessandro Somansino and named plaintiff Mark Lewko ("Plaintiffs"), hereby moves this Court, before the Honorable P. Kevin Castel, United States District Judge, pursuant to Fed. R. Civ. P. 4(f)(3), for an Order allowing Plaintiffs to serve the amended complaint (ECF No. 60) and the applicable amended summons (ECF Nos. 73-77) on each of defendants Golden Meditech Holdings Limited ("Golden Meditech"), Yuen Kam, Ting (a/k/a Tina) Zheng, Bing Chuen (a/k/a Albert) Chen, and Mark Da-Jian Chen (the "Alternative Service Defendants"), by email to their respective U.S. counsel in factually related shareholder derivative litigation currently pending in the Supreme Court of the State of New York, County of New York, captioned *MW Gestion v. Golden Meditech Holdings Limited*, Index No. 653598/2023 (the "Derivative Action").

This motion is based on the Memorandum of Law and the declaration and exhibits filed herewith, the pleadings and filings in this action, and any other evidence and argument that may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court order entered September 26, 2024 (ECF No. 79), opposing papers shall be served within 7 days after service of moving papers, reply papers shall be served within 3 days after service of opposing papers, and the motion will be taken on submission.

Dated: October 3, 2024

By: */s/ Garth Spencer*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Garth Spencer (GS-7623)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

*Lead Counsel for Lead Plaintiff Alessandro
Somansino, Named Plaintiff Mark Lewko,
and the Putative Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 3, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

On October 3, 2024, I also served true and correct copies of the foregoing document by email to:

| | |
|---|---|
| KOBRE & KIM LLP<br>Daniel J. Saval<br>daniel.saval@kobrekim.com<br>Jay Y. Mandel<br>jay.mandel@kobrekim.com<br><br>*Counsel for Golden Meditech Holdings Limited in the Derivative Action* | JONES DAY<br>Nicholas C.E. Walter<br>ncewalter@jonesday.com<br>Jacob Miller<br>jakemiller@jonesday.com<br><br>*Counsel for Ting (Tina) Zheng and Bing Chuen (Albert) Chen in the Derivative Action* |
| MORRISON & FOERSTER LLP<br>Michael D. Birnbaum<br>mbirnbaum@mofo.com<br><br>*Counsel for Yuen Kam in the Derivative Action* | WHITE & CASE LLP<br>David Hille<br>dhille@whitecase.com<br>Robert E. Tiedemann III<br>rtiedemann@whitecase.com<br><br>*Counsel for Mark Da-Jian Chen in the Derivative Action* |

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2024, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer