**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

Having considered Plaintiffs' Motion for Alternative Service (the "Motion") and any opposition thereto, for good cause as set forth in the Motion and its supporting papers the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Plaintiffs shall serve the amended complaint (ECF No. 60) and the applicable amended summons (ECF Nos. 73-77) on each of the Alternative Service Defendants, by email to their respective U.S. counsel in the Derivative Action (*MW Gestion v. Golden Meditech Holdings Limited*, Index No. 653598/2023, Supreme Court, New York County). Specifically:

   a. Plaintiffs shall serve defendant Golden Meditech Holdings Limited by email to Daniel J. Saval (daniel.saval@kobrekim.com) and Jay Y. Mandel (jay.mandel@kobrekim.com) of Kobre & Kim LLP.

   b. Plaintiffs shall serve defendant Yuen Kam by email to Michael D. Birnbaum (mbirnbaum@mofo.com) of Morrison & Foerster LLP.

   c. Plaintiffs shall serve defendants Ting (a/k/a Tina) Zheng and Bing Chuen (a/k/a Albert) Chen by email to Nicholas C.E. Walter (ncewalter@jonesday.com) and Jacob Miller (jakemiller@jonesday.com) of Jones Day.

   d. Plaintiffs shall serve defendant Mark Da-Jian Chen by email to David Hille

1

2

(dhille@whitecase.com)    and    Robert    E.    Tiedemann    III

(rtiedemann@whitecase.com) of White & Case LLP.

IT IS SO ORDERED.

Dated: _____    _____

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2