# PX B

NYSCEF - New York State Courts Electronic Filing (Live System)

**653598/2023 -** New York County Supreme Court

**MW Gestion, derivatively on behalf of nominal defendant Global Cord Blood Corporation et al v.**
Short Caption: **CELLENKOS INC. et al**
Case Type: **Commercial - Other - Commercial Division**
Case Status: **Active**
eFiling Status:  **Partial Participation Recorded**
Assigned Judge: **Andrea Masley**

10/1/24, 1:22 PM                                              Case Details

**Full Caption**

Mw Gestion, Derivatively On Behalf Of Nominal Defendant Global Cord Blood Corporation, Mw Optimum, Derivatively On Behalf Of Nominal Defendant Global Cord Blood Corporation v. Cellenkos Inc., Golden Meditech Holdings Limited, Ting Tina Zheng, Albert Chen, Yuen Kam, Mark Da-Jian Chen, Jennifer J. Weng, Ken Lu, Jack Chow, Jacky Cheng, Golden Meditech Stem Cells (Bvi) Company Limited, Gm Precision Medicine (Bvi) Limited, Golden Meditech (Bvi) Company Limited, Easton Capital Corp., Redwood Valuation Partners

**Plaintiffs/Petitioners**

| Name | Represented By |
|---|---|
| MW Gestion, derivatively on behalf of nominal defendant Global Cord Blood Corporation | LIEBERMAN, JEREMY ALAN on 08/08/2023 POMERANTZ LLP |
| | GRUNFELD, MICHAEL on 07/25/2023 Pomerantz LLP |
| | CORDOVI, BRANDON MATTHEW on 10/05/2023 Pomerantz LLP |
| MW Optimum, derivatively on behalf of nominal defendant Global Cord Blood Corporation | LIEBERMAN, JEREMY ALAN on 08/08/2023 POMERANTZ LLP |
| | GRUNFELD, MICHAEL on 07/25/2023 Pomerantz LLP |
| | CORDOVI, BRANDON MATTHEW on 10/05/2023 Pomerantz LLP |

**Defendants/Respondents**

| Name | Represented By |
|---|---|
| CELLENKOS INC. | BILES, MICHAEL JOHN on 10/13/2023 KING & SPALDING LLP |
| | GOODWIN, JOHN THOMAS on 08/16/2024 KING & SPALDING LLP |
| | PILLAI, ALVINA VADIVEL on 08/11/2023 KING & SPALDING LLP |
| | DE LA TORRE, MATEO JOSEPH on 10/13/2023 KING & SPALDING LLP |
| GOLDEN MEDITECH HOLDINGS LIMITED | SAVAL, DANIEL JOSEPH on 10/16/2023 KOBRE & KIM LLP |
| | MANDEL, JAY YAIR on 10/16/2023 KOBRE & KIM LLP |
| | BAIK, ROBIN JAEHYUNG on 10/13/2023 KOBRE & KIM LLP |
| Ting tina Zheng | WALTER, NICHOLAS CHARLES EDMUND on 05/30/2024 JONES DAY |
| | MILLER, JACOB on 06/03/2024 JONES DAY |
| Albert Chen | WALTER, NICHOLAS CHARLES EDMUND on 05/30/2024 JONES DAY |
| | MILLER, JACOB on 06/03/2024 JONES DAY |
| Yuen Kam | BIRNBAUM, MICHAEL DAVID on 06/07/2024 MORRISON & FOERSTER LLP |
| | BLAKELY, TIMOTHY WILLIAM on 06/07/2024 MORRISON & FOERSTER, LLP |
| Mark Da-jian Chen | HILLE, DAVID GRANT on 08/22/2023 WHITE & CASE LLP |
| | TIEDEMANN, ROBERT EDWARD on 10/13/2023 WHITE & CASE |
| Jennifer J. Weng | HILLE, DAVID GRANT on 08/22/2023 WHITE & CASE LLP |
| | TIEDEMANN, ROBERT EDWARD on 10/13/2023 WHITE & CASE |
| Ken Lu | none recorded |

10/1/24, 1:22 PM                                                    Case Details

Ken Lu                                    *none recorded*

Jack Chow                                 *none recorded*

Jacky Cheng                               *none recorded*

GOLDEN MEDITECH STEM CELLS (BVI) COMPANY    SAVAL, DANIEL JOSEPH on 10/16/2023
LIMITED                                     KOBRE & KIM LLP

                                            MANDEL, JAY YAIR on 10/16/2023
                                            KOBRE & KIM LLP

                                            BAIK, ROBIN JAEHYUNG on 10/13/2023
                                            KOBRE & KIM LLP

GM PRECISION MEDICINE (BVI) LIMITED         SAVAL, DANIEL JOSEPH on 10/16/2023
                                            KOBRE & KIM LLP

                                            MANDEL, JAY YAIR on 10/16/2023
                                            KOBRE & KIM LLP

                                            BAIK, ROBIN JAEHYUNG on 10/13/2023
                                            KOBRE & KIM LLP

GOLDEN MEDITECH (BVI) COMPANY LIMITED       SAVAL, DANIEL JOSEPH on 10/16/2023
                                            KOBRE & KIM LLP

                                            MANDEL, JAY YAIR on 10/16/2023
                                            KOBRE & KIM LLP

                                            BAIK, ROBIN JAEHYUNG on 10/13/2023
                                            KOBRE & KIM LLP

EASTON CAPITAL CORP.                        BUSHELL, VICTOR CHARLES on 10/13/2023
                                            BUSHELL, SOVAK, KANE & SASH LLP

REDWOOD VALUATION PARTNERS                  BERMAN, MARK ARTHUR on 09/06/2023
                                            Bond, Schoeneck & King PLLC

                                            WILSON, DAWN MARIE on 09/06/2023
                                            Bond, Schoeneck & King PLLC

                                            CROSS, RYAN BURNS on 10/13/2023
                                            BOND, SCHOENECK & KING, PLLC