# PX D



# Search Report

---

**Entity Name :**  Golden Meditech Holdings Limited
**Jurisdiction :**  Cayman Islands
**Registration Number :**  112613
**Registration Date :**  03rd September 2001
**Entity Type :**  EXEMPT
**Registered Office :**  OCORIAN TRUST (CAYMAN) LIMITED
P. O. Box 1350
Windward 3
Regatta Office Park
Grand Cayman  KY1-1108
Cayman Islands

| | |
|---|---|
| **Status :** | ACTIVE |
| **Status Date :** | 03rd September 2001 |

---

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE
  NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING


Authorisation Code : 734052299660
www.verify.gov.ky
17 September 2024