# PX E

GOLDEN MEDITECH HOLDINGS LIMITED
金 衛 醫 療 集 團 有 限 公 司

**ANNUAL REPORT**
2019/20

(Incorporated in the Cayman Islands with Limited Liability)
(Stock Code: 801.HK)

# CORPORATE PROFILE

Golden Meditech Holdings Limited (the "Company" or "Golden Meditech"; 801.HK), together with its subsidiaries (collectively referred to as the "Group"), is a leading integrated healthcare enterprise in Mainland China.

Golden Meditech is recognised as a first-mover in Mainland China's healthcare industry. By turning our industry insight into strategies, we have successfully identified opportunities in the market which allow us to establish dominant positions in each of the businesses we operate in. Our strengths in innovation, healthcare expertise, rigorous demand on quality, proven strategies and ability to capture emerging market opportunities have enabled us to unleash the potential of each business unit and effectively accelerated our business growth.

## THE HEALTHCARE SERVICES SEGMENT

The Group currently owns three top-quality hospitals in Beijing and Shanghai. Beijing Qinghe Hospital is a general hospital with various faculties, specialised in haematology treatments. Beijing Sunbow Obstetrics & Gynecology Hospital is a world-class obstetrics and gynecology hospital, providing obstetrics, gynecology and pediatric medical services at international standards. Leveraging on its well-known brand and sound reputation, Shanghai East International Medical Center provides premium healthcare services to the affluent people in Shanghai and the surrounding neighbourhoods.

GM-Medicare Management (China) Co., Ltd., a subsidiary of the Group, is a leading information technology solution provider in healthcare insurance sector in Mainland China. It provides operation and information technology solutions to insurance companies and healthcare institutions.

Equipped with world-class advanced technology and equipment, Shanghai GM LifeBank Co., Ltd., a subsidiary of the Group, provides cells and tissues storage services as well as the technological development, service, consultation and transfer related to the cell biology fields in Mainland China.

Shanghai GM Diagnosis Co., Ltd., a subsidiary of the Group, obtained a Practicing Licence for Medical Institution (醫療機構執業許可證) issued by the Shanghai Municipal Health Commission. It principally engages in the provision of high-end clinical molecular genetic testing and molecular pathology testing services, and has built a CAP (the College of American Pathologists) accredited third-party medical laboratory at international standards.

## THE MEDICAL DEVICES SEGMENT

The Group is the first-mover in the development, manufacture, sales and distribution of blood-related medical devices in Mainland China. Beijing Jingjing Medical Equipment Co., Ltd., a subsidiary of the Group, manufactures products that are specialised in blood recovery, purification and treatment. Its flagship product Autologous Blood Recovery System was the first device of its kind that obtained approval from the China Food and Drug Administration.

## VISION AND MISSION

The Group is committed to achieving long-term sustainable growth through unremittingly cultivating our healthcare services and medical devices operations. We are investing in the healthcare industry with prominent market potentials, limited competition, and high investment returns in order to continuously enhance our shareholders' value. The Group is striving to maintain our leading position in Mainland China's integrated healthcare industry, creating a balanced portfolio and enable each business operation to be a leader in its respective market. We adhere closely to the relevant policy of the government through accelerating the consolidation of the business structure. We endeavour to benchmark ourselves alongside the global industry leaders in both quality and standards.

# REPORT OF THE DIRECTORS

The directors (the "Directors") of Golden Meditech Holdings Limited (the "Company" and together with its subsidiaries, collectively referred to as the "Group") submitted herewith the Directors' report together with the audited consolidated financial statements of the Group for the year ended 31 March 2020 (the "Reporting Period" or the "Year").

## PRINCIPAL PLACE OF BUSINESS

The Company was incorporated and domiciled in the Cayman Islands and has its principal place of business at No.11 Wan Yuan Street, Beijing Economic Technological Development Area, Beijing, 100176 China.

## PRINCIPAL ACTIVITIES

The principal activity of the Company is investment holding. The principal activities and other particulars of its subsidiaries are set out in note 14 to the audited consolidated financial statements.

An analysis of the Group's revenue, (loss)/profit, assets and liabilities by operating segments is set out in note 4 to the audited consolidated financial statements.

## MAJOR CUSTOMERS AND SUPPLIERS

The information in respect of the Group's sales and purchases during the financial year attributable to the major customers and suppliers, respectively, is as follows:

| | Percentage of the Group's total | |
| --- | --- | --- |
| | Sales | Purchases |
| The largest customer | 20% | |
| Five largest customers in aggregate | 40% | |
| The largest supplier | | 5% |
| Five largest suppliers in aggregate | | 12% |

At no time during the Year have the Directors, their close associates or any shareholders of the Company (which to the knowledge of the Directors own more than 5% of the Company's issued share capital) had any interest in these major customers and suppliers.

## FINANCIAL STATEMENTS

The results and cash flow of the Group for the Reporting Period and the state of the Group's financial position as at that date are set out in the audited consolidated financial statements on pages 99 to 105 of this annual report.

# CORPORATE INFORMATION

## EXECUTIVE DIRECTORS

Mr. FENG Wen *(Chairman)*
(appointed as chairman on 24 May 2019)
Mr. LEONG Kim Chuan
(appointed as Executive Director on 24 May 2019)
Mr. KAM Yuen (resigned as Chairman and
Executive Director on 24 May 2019)
Mr. KONG Kam Yu (resigned as Executive Director on
24 May 2019)

## NON-EXECUTIVE DIRECTOR

Ms. ZHENG Ting
(resigned as Non-Executive Director on 24 May 2019)

## INDEPENDENT NON-EXECUTIVE DIRECTORS

Mr. GAO Yue
Mr. POON Tsz Hang (appointed as
an Independent Non-Executive Director
on 24 May 2019)
Mr. Daniel FOA
Prof. CAO Gang (resigned as
an Independent Non-Executive Director
on 24 May 2019)
Prof. GU Qiao (resigned as
an Independent Non-Executive Director
on 24 May 2019)

## REGISTERED OFFICE

Ocorian Trust (Cayman) Limited
P.O. Box 1350
Clifton House
75 Fort Street Grand Cayman
KY1-1108 Cayman Islands

## HEAD OFFICE AND PRINCIPAL PLACE OF BUSINESS IN THE PRC

No. 11 Wan Yuan Street
Beijing Economic Technological Development Area
Beijing, 100176 China

## PRINCIPAL PLACE OF BUSINESS IN HONG KONG

48/F, Bank of China Tower
1 Garden Road
Central Hong Kong

## PLACE OF LISTING AND STOCK CODE

The Stock Exchange of Hong Kong Limited
Stock Code: 801

## QUALIFIED ACCOUNTANT

Mr. LEONG Kim Chuan, *ACCA* (appointed as
qualified accountant on 24 May 2019)
Mr. KONG Kam Yu, *ACA*, *AHKSA* (resigned as
qualified accountant on 24 May 2019)

## COMPANY SECRETARY

Ms. LAM Cheuk Man, *ACIS*, *ACS* (appointed as
company secretary on 24 May 2019)
Mr. KONG Kam Yu, *ACA*, *AHKSA* (resigned as
company secretary on 24 May 2019)

## COMPLIANCE OFFICER

Mr. LEONG Kim Chuan (appointed as
Compliance Officer on 24 May 2019)
Mr. KAM Yuen (resigned as Compliance Officer on
24 May 2019)

## AUDIT COMMITTEE MEMBERS

Mr. POON Tsz Hang *(Chairman)* (appointed as chairman
and member of audit committee on 24 May 2019)
Mr. GAO Yue
Mr. Daniel FOA (appointed as member of audit committee
on 24 May 2019)
Prof. CAO Gang (resigned as chairman and member of
audit committee on 24 May 2019)
Prof. GU Qiao (resigned as member of audit committee
on 24 May 2019)