# PX G

FILED: NEW YORK COUNTY CLERK 05/28/2024 09:52 PM

NYSCEF DOC. NO. 319

INDEX NO. 653598/2023

RECEIVED NYSCEF: 05/28/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ X

MW GESTION and MW OPTIMUM,
derivatively on behalf of nominal defendant
GLOBAL CORD BLOOD CORPORATION,

               Plaintiff(s),

               v.

GOLDEN MEDITECH HOLDINGS LIMITED,
TING (TINA) ZHENG, ALBERT CHEN,
YUEN KAM, MARK DA-JIAN CHEN,
JENNIFER J. WENG, KEN LU, JACK CHOW,
JACKY CHENG, CELLENKOS INC.,
GOLDEN MEDITECH STEM CELLS (BVI)
COMPANY LIMITED, GM PRECISION
MEDICINE (BVI) LIMITED, GOLDEN
MEDITECH (BVI) COMPANY LIMITED,
EASTON CAPITAL CORP., and REDWOOD
VALUATION PARTNERS,

               Defendant(s).

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ X

Index No. 653598/2023

Hon. Andrea Masley

**STIPULATION TO EXTEND
DEFENDANTS' TIME TO
ANSWER OR MAKE A
MOTION CONCERNING
PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between PLAINTIFFS MW

GESTION and MW OPTIMUM, and DEFENDANTS YUEN KAM, KEN LU, JACK CHOW

and JACKY CHENG, ("Stipulating Defendants") through their respective attorneys, that the

Stipulating Defendants' time to ANSWER OR MAKE A MOTION CONCERNING

PLAINTIFFS' COMPLAINT be and is hereby extended to FORTY (40) DAYS AFTER THIS

COURT ENTERS AN ORDER RESOLVING THE CURENTLY PENDING MOTIONS TO

DISMISS FILED BY OTHER MOVING DEFENDANTS.

1

FILED: NEW YORK COUNTY CLERK 05/28/2024 09:52 PM          INDEX NO. 653598/2023
NYSCEF DOC. NO. 319                                        RECEIVED NYSCEF: 05/28/2024

IT IS FURTHER STIPULATED AND AGREED that by entering into this stipulation, the Stipulating Defendants do not consent to this Court's jurisdiction and all parties reserve all rights, defenses, arguments and positions (other than as to sufficiency of service) that exist absent this stipulation except as to the deadline for responding to Plaintiffs' complaint.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

Dated: NEW YORK, NEW YORK
      MAY 28, 2024

By: */s/ Michael D. Birnbaum*_____
    Michael D. Birnbaum

MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY  10019-9601
Telephone:  (212) 468-8000
Email:  mbirnbaum@mofo.com

*Attorneys for Defendant Yuen Kam*

By: */s/ Michael Grunfeld*_____
    Michael Grunfeld

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY  10016-1917
Telephone:  (212) 661-1100
Email:  mgrunfeld@pomlaw.com

*Attorneys for Plaintiffs*

By: */s/ David Hille*_____
    David Hille

WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:  (212) 819-8200
Email:  dhille@whitecase.com

*Attorneys for Defendants Ken Lu, Jack Chow and Jacky Cheng*

2