# PX I

FILED: NEW YORK COUNTY CLERK 05/30/2024 05:14 PM

NYSCEF DOC. NO. 321

INDEX NO. 653598/2023

RECEIVED NYSCEF: 05/30/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------X

MW GESTION and MW OPTIMUM,
derivatively on behalf of nominal defendant
GLOBAL CORD BLOOD CORPORATION,          :          Index No. 653598/2023

              Plaintiff(s),          :          Hon. Andrea Masley

                               :

            v.          :          **STIPULATION TO EXTEND
                               DEFENDANTS' TIME TO
                               ANSWER OR MAKE A
                               MOTION CONCERNING
                               PLAINTIFFS' COMPLAINT**

GOLDEN MEDITECH HOLDINGS LIMITED,          :
TING (TINA) ZHENG, ALBERT CHEN,
YUEN KAM, MARK DA-JIAN CHEN,
JENNIFER J. WENG, KEN LU, JACK CHOW,
JACKY CHENG, CELLENKOS INC.,
GOLDEN MEDITECH STEM CELLS (BVI)
COMPANY LIMITED, GM PRECISION
MEDICINE (BVI) LIMITED, GOLDEN
MEDITECH (BVI) COMPANY LIMITED,
EASTON CAPITAL CORP., and REDWOOD
VALUATION PARTNERS,

              Defendant(s).          :

---------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between PLAINTIFFS MW

GESTION and MW OPTIMUM, and DEFENDANTS TING (TINA) ZHENG and ALBERT

CHEN ("Stipulating Defendants") through their respective attorneys, that the Stipulating

Defendants' time to ANSWER OR MAKE A MOTION CONCERNING PLAINTIFFS'

COMPLAINT be and is hereby extended to FORTY (40) DAYS AFTER THIS COURT

ENTERS AN ORDER RESOLVING THE CURENTLY PENDING MOTIONS TO DISMISS

FILED BY OTHER MOVING DEFENDANTS.

1

FILED: NEW YORK COUNTY CLERK 05/30/2024 05:14 PM
NYSCEF DOC. NO. 321
INDEX NO. 653598/2023
RECEIVED NYSCEF: 05/30/2024

IT IS FURTHER STIPULATED AND AGREED that by entering into this stipulation, the Stipulating Defendants do not consent to this Court's jurisdiction and all parties reserve all rights, defenses, arguments and positions (other than as to sufficiency of service) that exist absent this stipulation except as to the deadline for responding to Plaintiffs' complaint.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

Dated: NEW YORK, NEW YORK
      MAY 30, 2024

By: */s/ Nicholas Walter*
    Nicholas Walter

JONES DAY
250 Vesey Street
New York, NY  10281-1062
Telephone:  (212) 326-3939
Email:  ncewalter@jonesday.com

*Attorneys for Stipulating Defendants*

By: */s/ Michael Grunfeld*
    Michael Grunfeld

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY  10016-1917
Telephone:  (212) 661-1100
Email:  mgrunfeld@pomlaw.com

*Attorneys for Plaintiffs*