**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | No. 24-cv-3071-PKC <br><br> Hon. P. Kevin Castel |

**DECLARATION OF DAVID HILLE IN SUPPORT OF MARK CHEN'S**
**OPPOSITION TO PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

I, David Hille, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am competent to testify and make this declaration.  Matters stated herein are based on personal knowledge and review of the pleadings and documents referenced herein.

2.      I am a member of the law firm White & Case LLP (resident in the firm's New York, New York office), which is counsel for Defendant Mark Chen in this action.  I submit this declaration in support of Mr. Chen's Opposition to Plaintiffs' Motion for Alternative Service.

3.      Attached as **Exhibit 1** is a true and correct copy of an email chain between Plaintiffs' counsel and White & Case LLP regarding service.

4.      Attached as **Exhibit 2** is a true and correct copy of the Motion to Dismiss filed by Mr. Chen and Defendant Jennifer Weng in the derivative action currently pending in the Supreme Court of the State of New York styled as *M.W. Gestion v. Golden Meditech Holdings Limited*, Index No. 653598/2023 (NYSCEF No. 311).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2024.

_/s/ David Hille_____
David Hille