# EXHIBIT 1

**Archived:** Wednesday, October 9, 2024 2:59:57 PM
**From:** Tiedemann, Robert
**Sent:** Thursday, September 12, 2024 11:57:13 AM
**To:** Garth Spencer
**Cc:** Casey Sadler; Greg Linkh; Hille, David; Stewart, Ladan
**Subject:** In re: Global Cord Blood Corp. Securities Litigation, Case 1:24-cv-03071
**Sensitivity:** Normal

---

Garth,

Below we provide addresses where our clients can be served pursuant to the Hague Convention.  We provide these addresses to you confidentially in connection with Lead Plaintiff's service efforts only, and request that you do not use or disclose such information for any other purposes.  In addition, Defendants reserve, and expressly do not waive, any and all of their rights, positions, arguments and defenses, including but not limited to lack of personal jurisdiction, failure to properly effect service and/or the untimeliness of service.

**Ken Lu:** Room 1507, Building 1, Yixinyuan, No. 9 Guangqumenwai Avenue, Chaoyang District, Beijing, China, 100022

**Mark Chen:** 706  Dianqianshe Street # 4288,  Xiamen, Fujian, China

**Jacky Cheng:** 22/F., Shum Tower, 268 Des Voeux Road Central, Sheung Wan, Hong Kong

**Jack Chow:** 20/F Flat B Serene Court, 8 Kotewall Road, Mid-levels, Hong Kong

Regards,

Robert Tiedemann

**Robert E. Tiedemann** | Counsel
**T** +1 212 819 8527    **M** +1 646 761 4480    **E** rtiedemann@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Tuesday, August 13, 2024 9:11 AM
**To:** Tiedemann, Robert <rtiedemann@whitecase.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>; Hille, David <dhille@whitecase.com>
**Subject:** [EXT] RE: Global Cord Blood Corp. Securities Litigation

We are still evaluating how to most efficiently complete service, which will be informed in part by whether the defendants provide addresses where they can be served and where those addresses are located.

_____
Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

**From:** Tiedemann, Robert <rtiedemann@whitecase.com>
**Sent:** Monday, August 12, 2024 10:54 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>; Hille, David <dhille@whitecase.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth,

We are communicating with our clients regarding your request for addresses.  In the interim, please advise how plaintiff intends to effect service.  This is without prejudice to our view that service is already untimely.

Regards,

Rob Tiedemann

**Robert E. Tiedemann** | Counsel
**T** +1 212 819 8527    **M** +1 646 761 4480    **E** rtiedemann@w hitecase.com
White & Case LLP | 1221 Avenue of the Americas  | New York, NY 10020-1095

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Thursday, August 8, 2024 8:35 PM
**To:** Tiedemann, Robert <rtiedemann@whitecase.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>; Hille, David <dhille@whitecase.com>
**Subject:** [EXT] RE: Global Cord Blood Corp. Securities Litigation

Thanks for your response. Please provide addresses where Lu, Chow and Cheng can be served. Please also provide an address where Chen can be served without disputing the validity of service.

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

**From:** Tiedemann, Robert <rtiedemann@whitecase.com>
**Sent:** Thursday, August 8, 2024 7:26 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>; Hille, David <dhille@whitecase.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth,

In response to your email below, please be advised that we are not authorized to accept service on behalf of Mark D-Jian Chen, Dr. Ken Lu, Jack Chow or Jacky Cheng.

Regards,

Robert Tiedemann

**Robert E. Tiedemann** | Counsel
**T** +1 212 819 8527    **M** +1 646 761 4480    **E** rtiedemann@w hitecase.com
White & Case LLP | 1221 Avenue of the Americas  | New York, NY 10020-1095

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Wednesday, July 31, 2024 3:24 PM
**To:** Hille, David <dhille@whitecase.com>; Tiedemann, Robert <rtiedemann@whitecase.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** [EXT] Global Cord Blood Corp. Securities Litigation

David and Robert,

As you know, we represent the lead plaintiff in the Global Cord Blood Corporation securities class action in which you represent defendants Mark Da-Jian Chen and Jennifer J. Weng. I understand that you also represent Chen and Weng, as well as Ken Lu, Jack Chow, and Jacky Cheng, in factually related derivative litigation in New York state court.

Please let us know if you will accept service of the attached summonses and complaint on behalf of Lu, Chow, and Cheng. We think it is in the interest of all parties and the court to avoid the time and expense of service attempts and briefing on alternative service like took place in the derivative action.

In addition, I understand from the docket that you may dispute whether service to Mr. Chen was effective. Without prejudice to our position that such service was effective, please let us know if you will accept service of the attached summons and complaint on his behalf, in or order to efficiently avoid any potential dispute on the matter.

Best,
Garth

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================