**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: GLOBAL CORD BLOOD
CORPORATION SECURITIES
LITIGATION

Case No.  1:24-cv-03071-PKC

**DECLARATION OF JAY Y. MANDEL IN SUPPORT OF DEFENDANT GOLDEN
MEDITECH HOLDINGS LIMITED'S OPPOSITION TO PLAINTIFFS'
MOTION FOR ALTERNATIVE SERVICE**

I, Jay Y. Mandel, hereby declare as follows:

1.      I am an attorney with Kobre & Kim LLP, counsel on behalf of Defendant Golden Meditech Holdings Limited ("Golden Meditech") and have personal knowledge of the facts set forth herein. I make this Declaration in support of Golden Meditech's opposition to Plaintiffs' motion for alternative service.

2.      Defendant Golden Meditech is incorporated in the Cayman Islands. Its registered address is at Ocorian Trust (Cayman) Limited, P.O. Box 1350, Clifton House, 75 Fort Street Grand Cayman, KY1-1108 Cayman Islands.

3.      MW Gestion made no attempt to serve the initial Complaint (that was filed in the instant Action on April 22, 2024) on Golden Meditech.

4.      After the Court issued an order on July 9, 2024 appointing Alessandro Somansino as lead Plaintiff and the law firm Glancy, Prongay & Murray LLP as lead counsel, Plaintiffs took no action to serve Golden Meditech for the entire month of July.

5.      On July 31, 2024, three weeks after their appointment, lead counsel for Plaintiffs sent an email to several attorneys at Kobre & Kim who represent Golden Meditech and certain affiliates in the Derivative Action, asking whether Kobre & Kim would accept service of the initial class action complaint on behalf of Golden Meditech.

6.      One of my colleagues at Kobre & Kim, Robin Baik, responded on August 1, 2024 that our firm is not authorized to accept service on behalf of Golden Meditech.

7.      Plaintiffs did not respond to that email or otherwise make any further efforts to effectuate service on Golden Meditech (or on any of the other Golden Meditech entities that were named in the initial complaint as defendants).

8.      After Plaintiffs filed the Amended Complaint on September 20, 2024, they made no attempt to serve Golden Meditech with that complaint.

9.      In a related New York state court action in which Kobre & Kim attorneys represent Golden Meditech and certain affiliates (*MW Gestion v. Golden Meditech Holdings Limited*, No. 653598/2023 (Sup. Ct. N.Y. Cnty.)) (the "Derivative Action"), the plaintiffs are MW Gestion, derivatively on behalf of nominal defendant Global Cord Blood Corporation, and MW Optimum, derivatively on behalf of nominal defendant Global Cord Blood Corporation.

10.     Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Service served upon Golden Meditech on August 15, 2023 in the Derivative Action at NYSCEF No. 16, indicating that service was completed on August 2, 2023 in the Cayman Islands, one week after the Derivative Action complaint was filed on July 25, 2023 at NYSCEF No. 2.

11.     Attached hereto as **Exhibit B** is a true and correct copy of the *Ex Parte* Order Authorizing Alternative Service Pursuant to CPLR 308(5) issued in the Derivative Action and dated March 28, 2024 at NYSCEF No. 308.

12.     Attached hereto as **Exhibit C** is a true and correct copy of the Affirmation of Michael Grunfeld in Support of Service of Process Pursuant to *Ex Parte* Order plaintiffs filed in the Derivative Action on May 8, 2024 at NYSCEF No. 313, indicating that they completed service

2

on certain individual defendants by personal hand delivery of service documents to Golden Meditech in the Cayman Islands on April 11, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 10, 2024.

*/s/ Jay Y. Mandel*
Jay Y. Mandel