# EXHIBIT A

Case 1:24-cv-03071-PKC    Document 88-1    Filed 10/10/24    Page 2 of 10

**IN THE SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

|  |  |
|---|---|
| MW GESTION and MW OPTIMUM, Derivatively and on behalf of nominal defendant GLOBAL CORD BLOOD CORPORATION<br><br>Plaintiffs,<br><br>GOLDEN MEDITECH HOLDINGS LIMITED, TING (TINA) ZHENG, ALBERT CHEN, YUEN KAM, MARK DA-JIAN CHEN, JENNIFER J. WENG, KEN LU, JACK CHOW, JACKY CHENG, CELLENKOS INC., GOLDEN MEDITECH STEM CELLS (BVI) COMPANY LIMITED, GM PRECISION MEDICINE (BVI) COMPANY LIMITED; GOLDEN MEDITECH (BVI) COMPANY LIMITED, EASTON CAPITAL CORP., and REDWOOD VALUATION PARTNERS.<br><br>Defendants. | Index No. 653598/2023<br><br><br>**AFFIDAVIT OF SERVICE UPON**<br><br>**GOLDEN MEDITECH HOLDINGS LIMITED** |

I, Shanna Solorzano, of Broadhurst LLC, 4th Floor, Monaco Towers, 54 Edward Street, George Town, Grand Cayman, Cayman Islands, being duly sworn, **MAKE OATH** and say as follows:

1. I am an employee and process server with the law firm Broadhurst LLC.

2. The facts and matters to which I depose in this Affidavit are within my knowledge and are true or, where not within my own knowledge are true to the best of my information and belief and derived from the sources referred to.

3. On or about 1 August 2023, Broadhurst LLC was retained by Shreefer Law Firm, LLC, located in Merriam, Kansas, in turn instructed by Plaintiffs', counsel, to serve the following documents, together "the Documents", upon Defendant Golden Meditech Holdings Limited ("Golden Meditech"):

    a. Hague Service Convention Warning and Summary of the Document to be Served, copies of which are attached hereto as Exhibit A;
    b. Summons, dated 25 July 2023;
    c. Stockholder Derivative Complaint;

     d.  Request for Judicial Intervention;

     e.  Request for Judicial Intervention Addendum, dated 25 July 2023;

     f.  Notice of Electronic Filing; and

     g.  NYSCEF Confirmation Notice, dated 25 July 2023.

4. According to the Cayman Islands Corporate Registry, Golden Meditech's registered office is located at Ocorian Trust (Cayman) Limited, P.O. Box 1350, Windward 3, Regatta Office Park, Grand Cayman KY1-1108, Cayman Islands. *See* Search Report attached hereto as Exhibit B.

5. On 2 August 2023 at approximately 10:46 a.m., I went to Golden Meditech's registered office at Ocorian Trust (Cayman) Limited where I met Ms. Jennifer Anderson, an administrative assistant who confirmed she is authorized to accept service on behalf of Golden Meditech Holdings Limited. I handed to her the Documents, which she accepted, and she signed Broadhurst LLC's cover letter dated 1 August 2023, attached hereto as Exhibit C.

6. Ms. Anderson is Caucasian, in her mid-to-late 40s, 5'6" tall, medium build, with medium length brown hair.

7. I declare under penalty of perjury under the laws of Cayman Islands and the United States that the above statements are true and accurate to the best of my knowledge and belief.

_15 August 2023_____       _____
Date                                            Shanna Solorzano, Process Server

Sworn to before me at George Town, Grand Cayman, Cayman Islands, this ____15____ day of August 2023.

_____
Signature of Cayman Islands Notary/Commissioner of Oaths

[Seal]
**Tanya Meyerhoff**
**Notary Public in and for the Cayman Islands**
**My commission expires January 31, 20_24_**
**Date:**

Case 1:24-cv-03071-PKC Document 88-1 Filed 10/10/24 Page 4 of 10

# EXHIBIT A

# HAGUE SERVICE CONVENTION WARNING AND SUMMARY OF THE DOCUMENT TO BE SERVED

_____

**NOTARY PUBLIC**

**Tanya Meyerhoff**
Notary Public in and for the Cayman Islands
My commission expires January 31, 20 24

**Date:**

**Index No. 653598/2023**

# WARNING

*(recommended by the Fourteenth Session of
Hague Conference of October 1980)*

**identity and address of the addressee**
*identité et adresse du destinataire*

---

**GOLDEN MEDITECH HOLDINGS LIMITED**
c/o OCORIAN TRUST (CAYMAN) LIMITED
PO Box 1350
Windward 3
Regatta Office Park
Grand Cayman KY1-1108
CAYMAN ISLANDS

---

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid Society
199 Water Street
New York, New York 10038
U.S.A.
Tel. 1.212.577.3300

**TRÈS IMPORTANT**

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

*Legal Aid Society
199 Water Street
New York, New York 10038
U.S.A.
Tel. 1.212.577.3300*

Case 1:24-cv-03071-PKC     Document 88-1     Filed 10/10/24     Page 6 of 10

Index No. 653598/2023

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | SHREEFER LAW FIRM, LLC |
| | 5820 Knox Street, Merriam, Kansas 66203 USA |

Particulars of the parties*:
*Identité des parties :*    MW Gestion and MW Optimum, derivatively on behalf of nominal defendant Global Cord Blood Corporation, *Plaintiffs,*
v. **Golden Meditech Holdings Limited,** *et al., Defendants.*

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant that a lawsuit has been filed against it and to summon it to answer.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    A civil proceeding has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*    Within 30 days after service of this summons, exclusive of the day of service, Defendant is summoned to answer
the complaint in this action and to serve a copy of its answer on the Plaintiffs' attorney. Plaintiffs' attorneys are Jeremy A. Lieberman, Esq. and
Michael Grunfeld, Esq., Pomerantz LLP, 600 Third Avenue, New York, New York 10016, USA.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    Defendant is summoned to answer the complaint in this action and to serve a copy of its answer on the
Plaintiffs' attorneys within 30 days after service of the summons, exclusive of the day of service. In case of Defendant's failure to appear or
answer, judgment by default will be taken against it for the relief demanded in the complaint.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    N/A

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*       ★U.S. Government Printing Office: 1990-262-211/15302
** Delete if inappropriate.
*Rayer les mentions inutiles.*

Case 1:24-cv-03071-PKC    Document 88-1    Filed 10/10/24    Page 7 of 10

# EXHIBIT B

# CAYMAN ISLANDS
# CORPORATE REGISTRY REPORT FOR
# GOLDEN MEDITECH HOLDINGS LIMITED

_____

## NOTARY PUBLIC

**Tanya Meyerhoff**
Notary Public in and for the Cayman Islands
My commission expires January 31, 20___24___
Date:



**CAYMAN ISLANDS**

# Search Report

| | |
|---|---|
| **Entity Name :** | Golden Meditech Holdings Limited |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 112613 |
| **Registration Date :** | 03 September 2001 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | OCORIAN TRUST (CAYMAN) LIMITED<br>P. O. Box 1350<br>Windward 3<br>Regatta Office Park<br>Grand Cayman    KY1-1108<br>Cayman Islands |
| **Status :** | ACTIVE |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 322283861670
www.verify.gov.ky
26 July 2023

# EXHIBIT C

# COVER LETTER SIGNED BY
# JENNIFER ANDERSON CONFIRMING
# RECEIPT OF DOCUMENTS

_____

NOTARY PUBLIC

**Tanya Meyerhoff**
Notary Public in and for the Cayman Islands
My commission expires January 31, 20 24
Date:

Case 1:24-cv-03071-PKC    Document 88-1    Filed 10/10/24    Page 10 of 10



**BROADHURST** LLC
ATTORNEYS-AT-LAW

1 August 2023

**BY HAND**

**Golden Meditech Holdings Limited**
c/o Ocorian Trust (Cayman) Limited
PO Box 1350
Windard 3
Regatta Office Park
Grand Cayman KY1-1108
Cayman Islands

Dear Sirs,

**MW Gestion and MW Optimum, derivatively on behalf of nominal defendant Global Cord Blood Corporation v Golden Meditech Holdings Limited et al**

We have been instructed with respect to the service of the following documents upon Golden Meditech Holdings Limited and as such please find enclosed by way of service the following documents:

1. Hague Request,
2. Summons, dated 25 July 2023; and
3. Stockholder Derivative Complaint, dated 25 July 2023.

We would be grateful if you would confirm personal receipt of these documents by executing this letter appended hereto.

Sincerely,

_____
**BROADHURST LLC**

*encl.*

2 Aug 2023
Time 10:46am

P.O. Box 2503, Grand Cayman KY1-1104, Cayman Islands | Tel: (345) 949-7237 | Fax: (345) 949-7725

9 of 9