# EXHIBIT B

Case 1:24-cv-03071-PKC   Document 88-2   Filed 10/10/24   Page 2 of 4

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

| | |
|---|---|
| MW GESTION and MW OPTIMUM, derivatively on behalf of nominal defendant GLOBAL CORD BLOOD CORPORATION, Plaintiffs, v. GOLDEN MEDITECH HOLDINGS LIMITED, TING (TINA) ZHENG, ALBERT CHEN, YUEN KAM, MARK DA-JIAN CHEN, JENNIFER J. WENG, KEN LU, JACK CHOW, JACKY CHENG, CELLENKOS INC., GOLDEN MEDITECH STEM CELLS (BVI) COMPANY LIMITED, GM PRECISION MEDICINE (BVI) LIMITED, GOLDEN MEDITECH (BVI) COMPANY LIMITED, EASTON CAPITAL CORP., and REDWOOD VALUATION PARTNERS, Defendants. | Index No. 653598/2023<br><br>Hon. Andrea Masley<br><br>Part 48<br><br>Mot. Seq. No. 008 |

### EX PARTE ORDER AUTHORIZING ALTERNATIVE SERVICE PURSUANT TO CPLR 308(5)

The Court has reviewed Plaintiffs' Renewed Motion for Alternative Service Pursuant to CPLR 308(5) and for an Ex Parte Order. Pursuant to CPLR 308(5), it is hereby

ORDERED that

1) Plaintiffs' time to serve Defendants Ting (Tina) Zheng, Albert Chen, Yuen Kam, Mark Da-Jian Chen, Dr. Ken Lu, Jack Chow, and Jacky Cheng is extended from March 8, 2024 to May 8, 2024.

1

Case 1:24-cv-03071-PKC    Document 88-2    Filed 10/10/24    Page 3 of 4

2)      Plaintiffs shall serve Defendants Ting (Tina) Zheng, Albert Chen, Yuen Kam, Mark Da-Jian Chen, Dr. Ken Lu, Jack Chow, and Jacky Cheng with the Complaint and Summons (NYSCEF Nos. 1, 2) through each of the methods described in the subsequent paragraphs.

3)      Plaintiffs shall serve Defendants Mark Da-Jian Chen, Ken Lu, Jack Chow, and Jacky Cheng, by email and registered mail to David Hille (White & Case counsel in this action) and Bojan Guzina (White & Case counsel representing these Defendants in the Bankruptcy Action), at the following addresses noted in their appearances in this action and the Bankruptcy Action:

a.   David Hille at 1221 Avenue of the Americas, New York, New York 10020-1095 and dhille@whitecase.com; and
b.   Bojan Guzina at 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606 and bojan.guzina@whitecase.com.

4)      Plaintiffs shall serve Defendants Ting (Tina) Zheng, Albert Chen, and Yuen Kam, by service to Golden Meditech Holdings Limited, at the following address where it has already been served in this action:

a.   Ocorian Trust (Cayman) Limited, P.O. Box 1350, Windward 3, Regatta Office Park, Grand Cayman KY1-108, Cayman Islands

5)      Plaintiffs shall serve Defendants Ting (Tina) Zheng, Albert Chen, and Yuen Kam, by email and registered mail to Christopher Cogburn, the Kobre & Kim counsel representing the Golden Meditech Defendants in this action, at the following addresses:

a.   800 Third Avenue, 6th Floor, New York, New York 10022; and
b.   Christopher.Cogburn@kobrekim.com.

6)      Plaintiffs shall serve Defendants Ting (Tina) Zheng, Albert Chen, Yuen Kam, Mark Da-Jian Chen, Ken Lu, Jack Chow, and Jacky Cheng, by email to the following email addresses designated on service lists that the JPLs and Independent Directors filed in the Bankruptcy Action:

2

    a.     Albert Chen – samkykong@goldenmeditech.com;
    b.     Mark Da-Jian Chen – mdc39@vip.163.com;
    c.     Ken Lu – kenlu008@gmail.com
    d.     Jack Chow – sljackchow@gmail.com;
    e.     Jacky Cheng – cheng_siu_chuen@yahoo.com.hk;
    f.     Ting (Tina) Zheng – tzheng@chinacord.org; and
    g.     Yuen Kam – king@gm801.com.

7)    Plaintiffs shall serve Defendants Ting (Tina) Zheng, Albert Chen, Yuen Kam, Mark Da-Jian Chen, Ken Lu, Jack Chow, and Jacky Cheng, through publication of notice of this lawsuit once per week for four consecutive weeks in the International Edition of the New York Times.

8)    If any Defendants seek to respond to the Renewed Motion for Alternative Service, Defendants shall file such submissions by the ____ day of _____, 2024.

9)    In the event any Defendants respond to the Renewed Motion for Alternative Service, Plaintiffs shall file any reply submissions by the ____ day of _____, 2024.

SO ORDERED this 28th day of March, 2024.

Hon. Andrea Masley, J.S.C.

3