**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC |

**~~[PROPOSED]~~ ORDER GRANTING**
**PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

Having considered Plaintiffs' Motion for Alternative Service (the "Motion") ~~and any~~ *the* (ECF 84, 85, 86, 87 & 88) and Plaintiffs Reply (ECF 89) / opposition thereto, for good cause as set forth in the Motion and its supporting papers the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Plaintiffs shall serve the amended complaint (ECF No. 60) and the applicable amended summons (ECF Nos. 73-77) on each of the Alternative Service Defendants, by email to their respective U.S. counsel in the Derivative Action (*MW Gestion v. Golden Meditech Holdings Limited*, Index No. 653598/2023, Supreme Court, New York County). Specifically:

   a. Plaintiffs shall serve defendant Golden Meditech Holdings Limited by email to Daniel J. Saval (daniel.saval@kobrekim.com) and Jay Y. Mandel (jay.mandel@kobrekim.com) of Kobre & Kim LLP.

   b. Plaintiffs shall serve defendant Yuen Kam by email to Michael D. Birnbaum (mbirnbaum@mofo.com) of Morrison & Foerster LLP.

   c. Plaintiffs shall serve defendants Ting (a/k/a Tina) Zheng and Bing Chuen (a/k/a Albert) Chen by email to Nicholas C.E. Walter (ncewalter@jonesday.com) and Jacob Miller (jakemiller@jonesday.com) of Jones Day.

   d. Plaintiffs shall serve defendant Mark Da-Jian Chen by email to David Hille

1

(dhille@whitecase.com)     and     Robert     E.     Tiedemann     III

(rtiedemann@whitecase.com) of White & Case LLP.

IT IS SO ORDERED.

Dated: _October 22, 2024_          _____

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2