UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC |

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 23, 2024, I served true and correct copies of the following documents in accordance with the Court's Order Granting Plaintiffs' Motion For Alternative Service (ECF No. 90) (the "Order"):

1. Service on defendant Golden Meditech Holdings Limited by email to Daniel J. Saval (daniel.saval@kobrekim.com) and Jay Y. Mandel (jay.mandel@kobrekim.com) of Kobre & Kim LLP attaching the Order, the Amended Class Action Complaint For Violations Of The Federal Securities Laws (ECF No. 60) ("Amended Complaint"), and the Summons In A Civil Action to Golden Meditech Holdings Limited (ECF No. 74).

2. Service on defendant Yuen Kam by email to Michael D. Birnbaum (mbirnbaum@mofo.com) of Morrison & Foerster LLP attaching the Order, the Amended Complaint, and the Summons In A Civil Action to Yuen Kam (ECF No. 76).

3. Service on defendants Ting (a/k/a Tina) Zheng and Bing Chuen (a/k/a Albert) Chen by email to Nicholas C.E. Walter (ncewalter@jonesday.com) and Jacob Miller (jakemiller@jonesday.com) of Jones Day attaching the Order, the Amended

1

Complaint, the Summons In A Civil Action to Ting (Tina) Zheng (ECF No. 77) and the Summons In A Civil Action to Bing Chuen (Albert) Chen (ECF No. 73).

4. Service on defendant Mark Da-Jian Chen by email to David Hille (dhille@whitecase.com) and Robert E. Tiedemann III (rtiedemann@whitecase.com) of White & Case LLP attaching the Order, the Amended Complaint, and the Summons In A Civil Action to Mark Da-Jian Chen (ECF No. 75).

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2024, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer