**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Civil Action No. 24-cv-3071 (PKC)<br><br>Hon. P. Kevin Castel |

**DEFENDANTS TING (TINA) ZHENG'S AND**
**BING CHUEN (ALBERT) CHEN'S NOTICE OF MOTION**
**AND MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants Ting (Tina) Zheng and Bing Chuen (Albert) Chen, through their undersigned counsel, hereby move for an Order pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 60), and granting such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendants Zheng and Albert Chen shall rely on the accompanying Memorandum of Law and the annexed Declaration of Jacob Miller, including the exhibit thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court-ordered schedule (ECF 113), Plaintiffs' response will be due on or before February 28, 2025, and Defendants Zheng's and Albert Chen's reply will be due on or before March 18, 2025.

**PLEASE TAKE FURTHER NOTICE** that Defendants Zheng and Albert Chen request oral argument upon the filing of this motion with the Court pursuant to item I.F of the Court's Individual Practices.

Dated: January 31, 2025

**JONES DAY**

By */s/ Nidhi (Nina) Yadava*

Nidhi (Nina) Yadava
Jacob Miller
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
nyadava@jonesday.com
jakemiller@jonesday.com

*Attorneys for Defendants Ting (Tina) Zheng and Bing Chuen (Albert) Chen*