**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION |

Civil Action No. 24-cv-3071 (PKC)

Hon. P. Kevin Castel

**DECLARATION OF JACOB MILLER IN SUPPORT OF DEFENDANTS**
**TING (TINA) ZHENG'S AND BING CHUEN (ALBERT) CHEN'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Jacob Miller, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am competent to testify and make this declaration.  Matters stated herein are based on personal knowledge and review of the pleadings and documents referenced herein.

2.      I am an associate at the law firm Jones Day (resident in the firm's New York, New York office), which is counsel for Defendants Ting (Tina) Zheng and Bing Chuen (Albert) Chen in this action.  I make this declaration in support of Ms. Zheng's and Albert Chen's Motion to Dismiss the Amended Complaint.

3.      Jones Day is also counsel to Ms. Zheng and Albert Chen in the derivative lawsuit filed in July 2023 by two purported shareholders of Global Cord Blood Corporation on the company's behalf against certain of the defendants in this case.  The derivative lawsuit is captioned *MW Gestion, et al. v. Golden Meditech Holdings Ltd., et al.*, No. 653598/2023 (N.Y. Sup. Ct., N.Y. County), and remains pending in New York state court.

4.      On July 31, 2024, lead counsel in this action emailed the Jones Day attorneys who had filed notices of appearance on behalf of Ms. Zheng and Albert Chen in the derivative suit— myself and another attorney who is no longer at Jones Day.  A true and correct copy of this email chain between plaintiffs' counsel and Jones Day is attached as **Exhibit 1**.

5. Lead counsel asked if Jones Day was authorized to accept service of the complaint in this action. *Id.* To the best of my knowledge, this was the first time plaintiffs' counsel in this action communicated with Jones Day regarding this action or the service of the complaint.

6. Jones Day responded on August 6, 2024 that it was not authorized to accept service of the securities lawsuit. *Id.* Plaintiffs' counsel then asked Jones Day to provide service addresses for Ms. Zheng and Albert Chen. *Id.* Jones Day explained that service appeared to be untimely under the Federal Rules, and subsequently provided service addresses for both Ms. Zheng (on August 19, 2024) and Albert Chen (on October 2, 2024). *Id.*

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, on January 31, 2025.

_____
Jacob Miller