# Exhibit 1

## Miller, Jacob

**From:**       Walter, Nicholas C.E.
**Sent:**       Wednesday, October 2, 2024 11:28
**To:**         Garth Spencer; Miller, Jacob
**Cc:**         Casey Sadler; Greg Linkh
**Subject:**    RE: Global Cord Blood Corp. Securities Litigation

Garth, we now have authorization to provide an address for Mr. Albert Chen.  The address is:

中国廣東省深圳市龙华区瀘德大廈第三座1926室:  1926, Tower 3, Huide Building, Longhua District, Shenzhen, Guangdong Province, China

We also remind you that service at this point is untimely under the Federal Rules.

Best,
Nick

**From:** Walter, Nicholas C.E.
**Sent:** Wednesday, September 11, 2024 11:35 AM
**To:** 'Garth Spencer' <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth, we aren't authorized to provide an address for Mr. Chen.

Best,
Nick

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Friday, September 6, 2024 8:57 AM
**To:** Walter, Nicholas C.E. <ncewalter@jonesday.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

> **This Message Is From an External Sender**
>
> If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Following up, do you have an address where Albert Chen can be served?

Thanks,
Garth

1

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

**From:** Walter, Nicholas C.E. <ncewalter@jonesday.com>
**Sent:** Monday, August 19, 2024 12:09 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth,

Please ignore the previous email.  The address for Ms. Zheng is as follows:

地址：中国北京西城区国英园15-2-402室；   402Rm, Building15-2, GuoYingYuan , XiCheng District, Beijing , China

We will respond later concerning Mr. Chen's address.

Regards,
Nick


Nicholas Walter
Of Counsel
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3453

---

**From:** Walter, Nicholas C.E.
**Sent:** Monday, August 19, 2024 10:00 AM
**To:** 'Garth Spencer' <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** 'Casey Sadler' <CSadler@glancylaw.com>; 'Greg Linkh' <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth, to follow up, we are not authorized to provide addresses.  Thanks.

Nick

---

**From:** Walter, Nicholas C.E.
**Sent:** Tuesday, August 13, 2024 4:28 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth, thanks.  We are still evaluating and will respond shortly.  In the meantime, if you have any case law concerning the provision of addresses for individuals resident in a country where the Hague Convention applies, please provide it.  We note also that service appears to be untimely.

Best,
Nick


Nicholas Walter
Of Counsel
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3453

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Wednesday, August 7, 2024 12:42 AM
**To:** Walter, Nicholas C.E. <ncewalter@jonesday.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Thanks for your response. Please provide addresses where Mr. Chen and Ms. Zheng can be served.

Best,
Garth

_____
Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

**From:** Walter, Nicholas C.E. <ncewalter@jonesday.com>
**Sent:** Tuesday, August 6, 2024 8:37 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth — we are not authorized to accept service on behalf of Mr. Chen and Ms. Zheng.  Thanks.

Nick


Nicholas Walter
Of Counsel
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3453

---

**From:** Walter, Nicholas C.E.
**Sent:** Thursday, August 1, 2024 11:53 AM

**To:** Garth Spencer <GSpencer@glancylaw.com>; Miller, Jacob <jakemiller@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** RE: Global Cord Blood Corp. Securities Litigation

Garth,

Thanks for your message.  We will review and get back to you.

Nick


Nicholas Walter
Of Counsel
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY  10281-1047
Office +1.212.326.3453

---

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Wednesday, July 31, 2024 3:24 PM
**To:** Miller, Jacob <jakemiller@jonesday.com>; Walter, Nicholas C.E. <ncewalter@jonesday.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Greg Linkh <GLinkh@glancylaw.com>
**Subject:** Global Cord Blood Corp. Securities Litigation

Jacob and Nicholas,

We represent the lead plaintiff in a securities class action relating to Global Cord Blood Corporation, in which Bing Chuen (Albert) Chen and Ting (Tina) Zheng are named as defendants. I understand that you represent Chen and Zheng in factually related derivative litigation in New York state court.

Please let us know if you will accept service of the attached summonses and complaint on behalf of Chen and Zheng. We think it is in the interest of all parties and the court to avoid the time and expense of service attempts and briefing on alternative service like took place in the derivative action.

For your information, under the current case schedule our amended complaint is due September 20, and defendants' pre-motion letters in response are due October 28.


Best,
Garth


_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***