**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: GLOBAL CORD BLOOD
CORPORATION SECURITIES
LITIGATION

Case No.  1:24-cv-03071-PKC

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Golden Meditech Holdings Limited ("Golden Meditech") certifies that Golden Meditech has no parent corporation, and no publicly held corporation owns 10% or more of Golden Meditech's stock.

Dated: January 31, 2025
New York, New York

**KOBRE & KIM LLP**

Respectfully submitted,

*/s/ Jay Y. Mandel*
Jay Y. Mandel
Steven W. Perlstein
Robin J. Baik (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
jay.mandel@kobrekim.com
steven.perlstein@kobrekim.com
robin.baik@kobrekim.com

*Attorneys for Defendant Golden Meditech Holdings Limited*