**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | No. 24-cv-3071-PKC <br><br> Hon. P. Kevin Castel |

**DECALARATION OF SUSAN L. GRACE IN SUPPORT OF**
**DEFENDANTS MARK CHEN AND JENNIFER WENG'S MOTION TO DISMISS**

I, Susan L. Grace, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am competent to testify and make this declaration.  Matters stated herein are based on personal knowledge and review of the pleadings and documents referenced herein.

2.      I am a member of the law firm White & Case LLP (resident in the firm's New York, New York office), which is counsel for Defendants Mark Chen and Jennifer Weng in this action. I submit this declaration in support of Mr. Chen and Ms. Weng's Motion to Dismiss.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Form 20-F dated July 29, 2021 filed by Global Cord Blood Corporation ("GCBC") with the Securities and Exchange Commission ("SEC").[1]

4.      Attached hereto as **Exhibit 2** is a true and correct copy of GCBC's Amended and Restated Memorandum of Association, effective June 30, 2009, which GCBC filed with the SEC with its annual report Form 20-F dated July 29, 2021.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Winding Up Petition dated May 5, 2022, which Plaintiffs cite in the Complaint.  *See, e.g.*, Compl. ¶¶ 9, 69, 81.

---

[1] The full Form 20-F is available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1467808/000110465921097584/co-20210331x20f.htm (last visited Jan. 31, 2025).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Mark D. Chen dated October 9, 2024, originally filed in support of his opposition to Plaintiffs' Motion for Alternative Service.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.   Executed on January 31, 2025.

_____

Susan L. Grace

2