# EXHIBIT 1

Exhibits

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934 OR**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2021.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to .**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report:

Commission file number 001-34541

## Global Cord Blood Corporation

(Exact name of Registrant as specified in its charter)

**Cayman Islands**

(Jurisdiction of incorporation or organization)

**48th Floor, Bank of China Tower**

**1 Garden Road**

**Central, Hong Kong S.A.R.**

(Address of principal executive offices)

**Albert Chen**

**+852 3605 8180**

**albert.chen@globalcordbloodcorp.com**

**48th Floor, Bank of China Tower**

**1 Garden Road**

**Central, Hong Kong S.A.R.**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
| --- | --- | --- |
| Ordinary Shares, par value $0.0001 per share | CO | The New York Stock Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**.

On March 31, 2021, the issuer had 121,551,075 shares outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Table of Contents

□ Yes ☑ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.

□ Yes ☑ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☑ Yes □ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☑ Yes □ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or an emerging growth company. See definition of "large accelerated filer," "accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer □          Accelerated filer ☑                    Non-accelerated filer □

Emerging growth Company □

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. □

_____

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.

☒ Yes □ No

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

US GAAP ☑          International Financial Reporting          Other □
                   Standards as issued by the
                   International Accounting
                   Standards Board □

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

□ Item 17 □ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

□ Yes ☑ No

Table of Contents
**TABLE OF CONTENTS**

PART I

| | | | |
|---|---|---|---|
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | | 5 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | | 5 |
| ITEM 3. | KEY INFORMATION | | 5 |
| | A. | Selected Financial Data | 5 |
| | B. | Capitalization and Indebtedness | 8 |
| | C. | Reasons for the Offer and Use of Proceeds | 8 |
| | D. | Risk Factors | 8 |
| ITEM 4. | INFORMATION ON THE COMPANY | | 46 |
| | A. | History and Development of the Company | 46 |
| | B. | Business Overview | 51 |
| | C. | Organizational Structure | 78 |
| | D. | Property, Plant and Equipment | 82 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | | 83 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | | 83 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | | 105 |
| | A. | Directors and Senior Management | 105 |
| | B. | Compensation | 108 |
| | C. | Board Practices | 110 |
| | D. | Employees | 112 |
| | E. | Share Ownership | 113 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | | 113 |
| | A. | Major Shareholders | 113 |
| | B. | Related Party Transactions | 114 |
| | C. | Interests of Experts and Counsel | 115 |
| ITEM 8. | FINANCIAL INFORMATION | | 115 |
| | A. | Consolidated Statements and Other Financial Information | 115 |
| | B. | Significant Changes | 115 |
| ITEM 9. | THE OFFER AND LISTING | | 115 |
| | A. | Offer and Listing Details | 115 |
| | B. | Plan of Distribution | 115 |
| | C. | Markets | 115 |
| | D. | Selling Shareholders | 115 |
| | E. | Dilution | 115 |
| | F. | Expenses of the Issue | 115 |
| ITEM 10. | ADDITIONAL INFORMATION | | 116 |
| | A. | Share Capital | 116 |
| | B. | Memorandum and Articles of Association | 116 |
| | C. | Material Contracts | 120 |
| | D. | Exchange Controls | 120 |
| | E. | Taxation | 120 |
| | F. | Dividends and Paying Agents | 127 |
| | G. | Statement by Experts | 127 |
| | H. | Documents on Display | 127 |
| | I. | Subsidiary Information | 128 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | | 128 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | | 129 |

PART II

| | | | |
|---|---|---|---|
| | | | 129 |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | | 129 |

| | | |
|---|---|---|
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 129 |
| | A. Use of Proceeds | 129 |
| ITEM 15. | CONTROLS AND PROCEDURES | 130 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 132 |
| ITEM 16B. | CODE OF ETHICS | 132 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 133 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 133 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 133 |
| ITEM 16F. | CHANGES IN REGISTRANT'S CERTIFYING ACCOUNTANT | 133 |
| ITEM 16G. | CORPORATE GOVERNANCE | 133 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 134 |
| PART III | | 134 |
| ITEM 17. | FINANCIAL STATEMENTS | 134 |
| ITEM 18. | FINANCIAL STATEMENTS | 134 |
| ITEM 19. | EXHIBITS | 135 |

i

Table of Contents

**Recently Adopted Accounting Standards**

In February 2016, the FASB issued Topic 842 which requires companies to generally recognize on the balance sheet operating and financing lease liabilities and corresponding right-of-use assets. The standard is effective for publicly-traded companies for annual reporting periods, and interim periods within those years, beginning after December 15, 2018. Early adoption is permitted. The Company adopted this standard on a modified retrospective basis and used the following practical expedients:

- the Company did not reassess if any expired or existing contracts are or contain leases; and
- the Company did not reassess the classification of any expired or existing leases.

The adoption of Topic 842 resulted in the recognition of the right-of-use assets and the lease liabilities for operating lease as of April 1, 2019 of RMB6,883 and RMB5,758, respectively. There was no cumulative effect to the retained earnings as of April 1, 2019.

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments — Credit Losses (Topic 326)* ("ASU 2016-13") and subsequent amendments to the initial guidance including ASU No. 2018-19, ASU No. 2019-04, and ASU No. 2019-05 (collectively, "Topic 326"). Topic 326 requires entities to measure all expected credit losses for financial assets held at the reporting date based on historical experience, current conditions, and reasonable and supportable forecasts. This replaces the existing incurred loss model and is applicable to the measurement of credit losses on financial assets measured at amortized cost. This standard is effective for annual and interim periods beginning after December 15, 2019 and early adoption is permitted for annual and interim periods beginning after December 15, 2018. The Company adopted Topic 326 on April 1, 2020 using the modified retrospective approach with no impact on the retained earnings.

In August 2018, the FASB issued ASU No. 2018-13, *Fair Value Measurement (Topic 820): Disclosure Framework — Changes to the Disclosure Requirements for Fair Value Measurement* ("ASU 2018-13"), which modifies the disclosure requirements of fair value measurements. The amendments in ASU 2018-13 are effective for all entities for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2019. An entity is permitted to early adopt any removed or modified disclosures upon the issuance of ASU 2018-13 and delay adoption of the additional disclosures until their effective date. The Company has adopted this standard since April 1, 2020 and the adoption of this standard did not have material impact on its consolidated financial statements.

**ITEM 6.    DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES**

**A.    Directors and Senior Management**

Our current directors and executive officers are:

| Name | Age | Position |
|---|---|---|
| Ting Zheng (1) | 49 | Chief Executive Officer, Chairperson and Chief Executive Officer — Beijing Division |
| Albert Chen | 45 | Chief Financial Officer and Director |
| Ping Xu | 42 | Non-executive Director |
| Mark D. Chen (1)(4) | 53 | Independent Non-executive Director |
| Dr. Ken Lu (1)(2)(3)(4) | 57 | Independent Non-executive Director |
| Jennifer J. Weng (2)(3) | 53 | Independent Non-executive Director |
| Jack Chow (1)(2)(3)(4) | 60 | Independent Non-executive Director |
| Jacky Cheng (2)(4) | 47 | Independent Non-executive Director |
| Rui Arashiyama | 62 | Chief Executive Officer — Guangdong and Zhejiang Divisions |
| Xin Xu | 67 | Chief Technology Officer |

(1)     Members of Nominating and Corporate Governance Committee

(2)     Members of Compensation Committee

(3)     Members of Audit Committee

(4)     Members of Special Committee

105

Table of Contents

The following table sets forth the number of employees based in Beijing, Guangdong and Zhejiang respectively and categorized by function as of March 31, 2021:

| | Beijing | Guangdong | Zhejiang |
|---|---|---|---|
| Sales and marketing and after-sales support and services | 181 | 394 | 186 |
| Laboratory function | 63 | 111 | 49 |
| Management and administration | 87 | 92 | 52 |
| Total | 331 | 597 | 287 |

As a committed and socially responsible healthcare company, we believe that people are the most important asset of our business. As a result, we aim to remunerate our employees based on their experience, job requirements and performances. Our compensation package typically consists of the basic salary, discretionary bonuses, share options or restricted share units. Our employees are not represented by any collective bargaining agreement, and we have never experienced a strike. We believe we have been successful in maintaining a harmonious relationship with our employees.

**E.    Share Ownership**

See Item 7, below.

**ITEM 7.    MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS**

**A.    Major Shareholders**

The following table sets forth information with respect to the beneficial ownership, within the meaning of Rule 13d-3 under the Exchange Act, of our ordinary shares, as of the date of this report:

- each person known to us to own beneficially more than 5% of our ordinary shares; and

- each of our directors and executive officers who beneficially own our ordinary shares.

Information provided as to 5% shareholders other than our employees or management is based solely on Schedules 13D or 13G or Forms 3, 4 and 5 filed with the Securities and Exchange Commission and subsequent issuances by the Company.

Beneficial ownership includes voting or investment power with respect to the securities and takes into consideration options and warrants exercisable by a person within 60 days after the date of this report. Except as indicated below, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all ordinary shares shown as beneficially owned by them.

| Name | Number of Shares Beneficially Owned | Percentage of Ownership (1) |
|---|---|---|
| *Directors and executive officers:* | | |
| Albert Chen | 453,605 | * |
| Mark D. Chen (2) | 221,825 | * |
| Jennifer J. Weng (2) | 221,825 | * |
| All directors and executive officers as a group | 682,430 | * |
| *Principal shareholders:* | | |
| Nanjing Ying Peng Asset Management Co., Ltd. (3) | 79,528,662 | 65.4 % |
| Kent C. McCarthy (4) | 12,000,000 | 9.9 % |
| Magnum Opus International (PTC) Limited, as trustee (5) | 6,608,137 | 5.4 % |

*       Beneficially owns less than 1% of our ordinary shares.

(1)     Percentages based on 121,551,075 shares outstanding as of July 29, 2021, excluding shares owned by us.

113

Table of Contents

## ITEM 19. EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1.1 | Amended and Restated Memorandum and Articles of Association (1) |
| 2.1 | Specimen Certificate for Ordinary Shares (1) |
| 2.2 | Form of Senior Debt Securities Indenture (2) |
| 2.3 | Form of Subordinated Debt Securities Indenture (2) |
| 2.4 | Description of Securities (3) |
| 4.1 | 2009 Share Option Scheme (1) |
| 4.2 | Form of Employment Agreement between the Registrant and senior executive officers of the Registrant (1) |
| 4.9 | 2011 China Cord Blood Corporation Restricted Share Unit Scheme (4) |
| 4.10 | Non-binding proposal letter from Alternate Ocean Investment Company Limited, dated March 2, 2021 |
| 8.1 | List of subsidiaries (5) |
| 11.1 | Code of Business Conduct and Ethics of the Registrant (1) |
| 12.1 | Certification of the Chief Executive Officer (Principal Executive Officer) pursuant to Rule 13a-14(a) of the Securities Exchange Act, as amended |
| 12.2 | Certification of the Chief Financial Officer (Principal Financial Officer) pursuant to Rule 13a-14(a) of the Securities Exchange Act, as amended |
| 13.1 | Certification of the Chief Executive Officer and Chief Financial Officer pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 15.1 | Consent of KPMG Huazhen LLP |
| 15.2 | Consent of Commerce & Finance Law Offices |
| 101.INS XBRL | Instance Document |
| 101.SCH XBRL | Taxonomy Extension Schema Document |
| 101.CAL XBRL | Taxonomy Extension Calculation Linkbase Document |
| 101.DEF XBRL | Taxonomy Extension Definition Linkbase Document |
| 101.LAB XBRL | Taxonomy Extension Label Linkbase Document |
| 101.PRE XBRL | Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

(1)    Incorporated by reference to the registration statement on Form F-1 of the Registrant (File No. 333-161602).

(2)    Incorporated by reference to the registration statement on Form F-3 of the Registrant (File No. 333-168873).

(3)    Incorporated by reference to the annual report on Form 20-F, filed by the Registrant on July 29, 2020.

(4)    Incorporated by reference to Appendix A of exhibit 99.1 to the report of foreign private issuer on Form 6-K, filed by the Registrant on January 18, 2011.

(5)    Incorporated by reference to the annual report on Form 20-F, filed by the Registrant on July 23, 2018.

135