# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | No. 24-cv-3071-PKC<br><br>Hon. P. Kevin Castel |

**DECLARATION OF MARK D. CHEN IN SUPPORT OF HIS
OPPOSITION TO PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

I, Mark D. Chen, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.      I am a defendant in this action.  I was an independent, non-executive director of Global Cord Blood Corporation ("GCBC"), a Cayman Islands exempted company that is headquartered in the Hong Kong Special Administrative Region of the People's Republic of China  from July 2009 until September 2022.

2.      I have been a resident of Xiamen, China at all times since 2021.  My current address in Xiamen is 706 Dianqianshe Street # 4288.  Between 2005 and 2021, I resided in Beijing, China.

3.      I have not lived in New York, or maintained any residence in the United States, since 2005.

4.      I have not been employed in New York since 2005.

5.      I do not now pay taxes in New York and have not done so since 2005.

6.      I do not own, use, lease, or possess real or personal property in New York.

7.      I am married to Jennifer Weng, but we have been living apart since 2014.

1

8. I have never resided at Ms. Weng's residence in New York at 231 East 96th Street, Apt. 6FPH. Two of my children with Ms. Weng, each of whom has the surname Chen, reside at that address.

9. I have not consented and do not consent to be sued in any court in New York, state or federal, concerning the allegations in the Complaint or Amended Complaint in this action.

10. I have not been served with the Complaint or Amended Complaint in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2024.

_____
Mark D. Chen