**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Global Cord Blood Corporation*
*Securities Litigation*

Case No. 1:24-cv-03071-PKC

**[PROPOSED] ORDER**

The Motion to Withdraw Appearance of Nicholas C.E. Walter as counsel for Defendants

Ting (Tina) Zheng and Bing Chuen (Albert) Chen, and for Nicholas C.E. Walter to be removed

from this action's CM/EMF service list, is GRANTED.


SO ORDERED.

Dated:  New York, New York
           January xxxxxxx 2025
           February 8, 2025

_____
P. KEVIN CASTEL
United States District Judge