**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC<br><br>Hon. P. Kevin Castel |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS**

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP ("GPM"), counsel for lead plaintiff Alessandro Somansino and named plaintiff Mark Lewko ("Plaintiffs"). I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Opposition To Defendants' Motions To Dismiss.

2.      Attached hereto as exhibit **PX A** is a true and correct copy of the Tenth Report of the Joint Provisional Liquidators of Global Blood Cord Corporation to the Grand Court of the Cayman Islands, dated December 2, 2024.

3.      Attached hereto as exhibit **PX B** is a true and correct copy of an enlarged excerpt of the Winding Up Petition filed by Blue Ocean Structure Investment Company Limited with respect to Global Cord Blood Corporation on May 5, 2022, in the Grand Court of the Cayman Islands. A copy of the Winding Up Petition was previously filed by Defendants Mark Chen and Jennifer Weng as their Exhibit 3 (ECF No. 132-3).

4.      Attached hereto as exhibit **PX C** is a true and correct copy of excerpts of the Form F-3 Registration Statement filed with the SEC on September 20, 2019 by Global Cord Blood Corporation.

1

5. Attached hereto as exhibit **PX D** is a true and correct copy of the Schedule 13G/A report of beneficial ownership with respect to Global Cord Blood Corporation securities filed with the SEC on February 15, 2022, by Jayhawk Capital Management, LLC, Kent C. McCarthy, and certain of their related parties.

6. Attached hereto as exhibit **PX E** is a true and correct copy of excerpts of the Form 20-F Annual Report filed with the SEC on July 29, 2021, by Global Cord Blood Corporation.

7. Attached hereto as exhibit **PX F** is a true and correct copy of the Schedule 13D report of beneficial ownership with respect to Global Cord Blood Corporation securities filed with the SEC on May 23, 2022, by Yuen Kam and certain of his related parties.

8. Attached hereto as exhibit **PX G** is a true and correct copy of the Schedule 13D report of beneficial ownership with respect to Global Cord Blood Corporation securities filed with the SEC on May 31, 2022, by Yuen Kam and certain of his related parties.

9. Attached hereto as exhibit **PX H** is a true and correct copy of the Schedule 13D/A report of beneficial ownership with respect to Global Cord Blood Corporation securities filed with the SEC on November 14, 2017, by Golden Meditech Holdings Limited, Yuen Kam, and certain of their related parties.

10. Attached hereto as exhibit **PX I** is a true and correct copy of the Schedule 13D/A report of beneficial ownership with respect to Global Cord Blood Corporation securities filed with the SEC on January 31, 2018, by Golden Meditech Holdings Limited, Yuen Kam, and certain of their related parties.

11. Attached hereto as exhibit **PX J** is a true and correct copy of the Report & Recommendation of U.S. Magistrate Judge Ramon E. Reyes, Jr., filed on October 31, 2007, in the

matter of *In re Comverse Technology, Inc. Securities Litigation*, E.D.N.Y. Case No. 1:06-cv-01825-NGG-RER (ECF No. 135).

12.    Attached hereto as exhibit **PX K** is a true and correct copy of the transcript of the May 16, 2007 hearing in the matter of *S.E.C. v. Stanard*, S.D.N.Y. Case No. 06-cv-7736-GEL, as filed on December 5, 2012 in the matter of *S.E.C. v. Straub*, S.D.N.Y. Case No. 1:11-cv-09645-RJS (ECF No. 41-3).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on February 28, 2025, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer