# PX B

Digitally signed by Advance Performance Exponents Inc
Date: 2022.05.05 10:44:50 -05:00
Reason: Apex Certified
Location: Apex



GRAND COURT OF THE CAYMAN ISLANDS

IAL SERVICES DIVISION

FSD CAUSE NO.                OF 2022 (        )

IN THE MATTER OF SECTION 92 OF THE COMPANIES ACT (2021 REVISION)

AND

IN THE MATTER OF GLOBAL CORD BLOOD CORPORATION

BETWEEN          BLUE OCEAN STRUCTURE INVESTMENT COMPANY LIMITED          PETITIONER