# PX C

F-3 1 a19-16805_1f3.htm F-3
Table of Contents

**As filed with the Securities and Exchange Commission on September 20, 2019**

**Registration No. 333-**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM F-3

**REGISTRATION STATEMENT
UNDER THE SECURITIES ACT OF 1933**

---

# GLOBAL CORD BLOOD CORPORATION
(Exact name of registrant as specified in its charter)

| **Cayman Islands** | **Not Applicable** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**48th Floor, Bank of China Tower
1 Garden Road
Central
Hong Kong S.A.R.
Tel: (852) 3605-8180
Fax: (852) 3605-8181**
(Address and telephone number of registrant's principal executive offices)

---

**Cogency Global Inc.
10 E. 40th Street, 10th Floor
New York, NY 10016
Tel: (800) 221 0102
Fax: (800) 944 6607**
(Name, address and telephone number of agent for service)

---

with a copy to:

**Mitchell S. Nussbaum, Esq.
Norwood P. Beveridge, Jr., Esq.
Vivien Bai, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000**

---

Approximate date of commencement of proposed sale to the public: **From time to time after the effective date of this registration statement.**

If the only securities being registered on this form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.C. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☐

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.C. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company                ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act .

---

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Amount to be registered[1] | Proposed maximum offering price per unit[2] | Proposed maximum aggregate offering price[1][3] | Amount of registration fee |
|---|---|---|---|---|
| Ordinary shares, par value $0.0001 per share[4] | | | | |
| Preferred shares, par value $0.0001 per share | | | | |
| Warrants | | | | |
| Subscription rights[5] | | | | |
| Debt securities | | | | |
| Units[6] | | | | |
| Total | | | $ 100,000,000.00 | $ 12,120.00[7] |

_____

(1) There are being registered hereunder such indeterminate number of ordinary shares, such indeterminate number of preferred shares, such indeterminate number of warrants, such indeterminate number of subscription rights, such indeterminate number of debt securities and such indeterminate number of units as will have an aggregate initial offering price not to exceed $100,000,000, or if any securities are issued in any non-United States currency units, the equivalent thereof in non-United States currencies. This registration statement shall also cover any additional securities to be offered or issued from stock splits, stock dividends, recapitalizations or similar transactions. If any debt securities are issued at an original issue discount, then the offering price of such debt securities shall be in such greater principal amount as shall result in a maximum aggregate offering price not to exceed $100,000,000, less the aggregate dollar amount of all securities previously issued hereunder.

(2) The proposed maximum aggregate offering price for each class of securities will be determined from time to time by the Registrant in connection with the issuance by the Registrant of the securities registered hereunder and is not specified as to each class of securities pursuant to General Instruction II.C. of Form F-3 under the Securities Act of 1933, as amended (the "Securities Act").

(3) Estimated solely for the purposes of calculating the registration fee pursuant to Rule 457(o) of Regulation C under the Securities Act.

(4) The ordinary shares being registered also include such indeterminate number of ordinary shares as may be issued upon exercise, conversion or exchange of other securities. Separate consideration may or may not be received for securities that are issuable on exercise, conversion or exchange of other securities.

(5) Rights evidencing the right to purchase ordinary shares.

(6) Units may consist of any combination of the securities registered hereunder.

(7) The registrant paid a filing fee of $9,180.65 in connection with the registration of $100,000,000 of securities on a shelf registration statement on Form F-3, File No. 333-213730 (the "2016 Registration Statement"). The 2016 Registration Statement is subject to expiration on the third anniversary of the date it was declared effective by the Commission pursuant to Rule 415(a)(5) under the Securities Act with respect to the securities to be offered by the registrant thereunder. The securities covered by this registration statement consist solely of unsold securities from the 2016 Registration Statement (the "Unsold Securities"). Pursuant to Rule 415(a)(6) under the Securities Act, the Unsold Securities and the related filing fee of $9,180.65 previously paid in connection with the 2016 Registration Statement are being carried forward to this registration statement. Pursuant to Rule 415(a)(6) under the Securities Act, the offering of securities on the 2016 Registration Statement will be deemed terminated as of the date of the effectiveness of this registration statement.

**The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

The information in this prospectus is not complete and may be changed. We and the selling shareholders may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and is not soliciting offers to buy these securities in any state where the offer or sale is not permitted.

**Subject to completion, dated September 20, 2019**

**PROSPECTUS**

**$100,000,000**



**GLOBAL CORD BLOOD CORPORATION**

**Ordinary Shares**
**Preferred Shares**
**Warrants**
**Subscription Rights**
**Debt Securities**
**Units**

We may offer ordinary shares, par value $0.0001 per share, preferred shares, par value $0.0001 per share, warrants, subscription rights, debt securities and/or units from time to time. When we decide to sell securities, we will provide specific terms of the offered securities, including the offering prices of the securities, in a prospectus supplement. The securities offered by the Registrant pursuant to this prospectus will have an aggregate public offering price of up to $100,000,000.

The securities covered by this prospectus may be offered and sold from time to time in one or more offerings, which may be through one or more underwriters, dealers and agents, or directly to the purchasers. The names of any underwriters, dealers or agents, if any, will be included in a supplement to this prospectus.

This prospectus describes some of the general terms that may apply to these securities and the general manner in which they may be offered. The specific terms of any securities to be offered, and the specific manner in which they may be offered, will be described in one or more supplements to this prospectus. A prospectus supplement may also add, update or change information contained in this prospectus.

Our ordinary shares are traded on the New York Stock Exchange under the symbol "CO".

Our principal offices are located at 48th Floor, Bank of China Tower, 1 Garden Road, Central, Hong Kong S.A.R. Our telephone number at that address is (852) 3605-8180.

**Investing in our securities involves risks. You should consider carefully the risk factors referred to in this prospectus on page 3 and in the applicable supplement to this prospectus before investing in any securities that may be offered.**

Neither the Securities and Exchange Commission nor any state or other securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

**Prospectus dated September   , 2019**

Table of Contents

**GLOBAL CORD BLOOD CORPORATION**

**Table of Contents**

| | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 3 |
| ABOUT THIS PROSPECTUS | 3 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 4 |
| USE OF PROCEEDS | 5 |
| CAPITALIZATION AND INDEBTEDNESS | 5 |
| DESCRIPTION OF ORDINARY SHARES | 6 |
| DESCRIPTION OF PREFERRED SHARES | 6 |
| DESCRIPTION OF WARRANTS | 6 |
| DESCRIPTION OF SUBSCRIPTION RIGHTS | 7 |
| DESCRIPTION OF DEBT SECURITIES | 8 |
| DESCRIPTION OF UNITS | 16 |
| PLAN OF DISTRIBUTION | 17 |
| EXPENSES | 20 |
| INCORPORATION OF CERTAIN INFORMATION BY REFERENCE | 21 |
| INDEMNIFICATION | 22 |
| LEGAL MATTERS | 23 |
| EXPERTS | 23 |
| WHERE YOU CAN FIND MORE INFORMATION | 23 |
| ENFORCEMENT OF CIVIL LIABILITIES | 24 |

i

Table of Contents

## INCORPORATION OF CERTAIN INFORMATION BY REFERENCE

We incorporate by reference the filed documents listed below, except as superseded, supplemented or modified by this prospectus:

- our Annual Report on Form 20-F for the fiscal year ended March 31, 2019, filed with the SEC on July 23, 2019;

- our Annual Report on Form 20-F/A for the fiscal year ended March 31, 2019, filed with the SEC on August 14, 2019;

- the description of our ordinary shares contained in our Registration Statement on Form F-1, as amended, under the Securities Act, as originally filed with the SEC on August 28, 2009 (Registration No. 333-161602) under the heading "Description of Securities" and as incorporated into our Registration Statement on Form 8-A, filed with the SEC on November 12, 2009;

- any Form 20-F, 10-K, 10-Q or 8-K filed with the SEC after the date of this prospectus and prior to the termination of this offering of securities (except to the extent such reports are furnished but not filed with the SEC); and

- any Report on Form 6-K submitted to the SEC after the date of this prospectus and prior to the termination of this offering of securities, but only to the extent that the forms expressly state that we incorporate them by reference in this prospectus.

Potential investors, including any beneficial owner, may obtain a copy of any of the documents summarized herein (subject to certain restrictions because of the confidential nature of the subject matter) or any of our SEC filings incorporated by reference herein without charge by written request directed to Company Secretary; 48th Floor, Bank of China Tower, 1 Garden Road, Central, Hong Kong S.A.R. The telephone number at our executive office is (852) 3605-8180.

You should rely only on the information incorporated by reference or provided in this prospectus or any prospectus supplement. We have not authorized anyone else to provide you with different information. We are not making an offer of these securities in any state where the offer is not permitted. You should not assume that the information in this prospectus or any prospectus supplement is accurate as of any date other than the date on the front of those documents.

Any statement contained in a document incorporated by reference herein shall be deemed to be modified or superseded for purposes of this prospectus to the extent that a statement contained herein, or in a subsequently filed document incorporated by reference herein, modifies or supersedes that statement. Any statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute part of this prospectus.

21

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the Registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form F-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Hong Kong S.A.R., Country of People's Republic of China on September 20, 2019.

**GLOBAL CORD BLOOD CORPORATION**

By:  /s/ Ting Zheng
Ting Zheng
Chief Executive Officer and Chairperson

## POWER OF ATTORNEY

Each of the undersigned officers and directors of Global Cord Blood Corporation hereby severally constitutes and appoints Ms. Ting Zheng and Mr. Albert Chen, and each of them singly, the true and lawful attorney with full power to them, to sign for the undersigned and in his or her name in the capacities indicated below, any and all amendments, including the post-effective amendments, to this Registration Statement, and generally to do all such things in the undersigned's name and behalf in such capacities to enable Global Cord Blood Corporation to comply with the applicable provisions of the Securities Act of 1933, as amended, and all rules and regulation thereunder, and all requirements of the Securities and Exchange Commission, and each of the undersigned hereby ratifies and confirms all that said attorneys or any of them shall lawfully do or cause to be done by virtue hereof. Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Ting Zheng<br>Ting Zheng | Chief Executive Officer and Chairperson<br>(Principal Executive Officer) | September 20, 2019 |
| /s/ Albert Chen<br>Albert Chen | Chief Financial Officer and Director<br>(Principal Financial Officer) | September 20, 2019 |
| /s/ Ping Xu<br>Ping Xu | Director | September 20, 2019 |
| /s/ Mark D. Chen<br>Mark D. Chen | Director | September 20, 2019 |
| /s/ Dr. Ken Lu<br>Dr. Ken Lu | Director | September 20, 2019 |
| /s/ Jennifer J. Weng<br>Jennifer J. Weng | Director | September 20, 2019 |

II-5