# PX E

Table of Contents

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934 OR**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2021.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____.**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report:
Commission file number 001-34541

## Global Cord Blood Corporation
(Exact name of Registrant as specified in its charter)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**48th Floor, Bank of China Tower**
**1 Garden Road**
**Central, Hong Kong S.A.R.**
(Address of principal executive offices)

**Albert Chen**
**+852 3605 8180**
**albert.chen@globalcordbloodcorp.com**
**48th Floor, Bank of China Tower**
**1 Garden Road**
**Central, Hong Kong S.A.R.**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
| --- | --- | --- |
| Ordinary Shares, par value $0.0001 per share | CO | The New York Stock Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**.

On March 31, 2021, the issuer had 121,551,075 shares outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Table of Contents

☐ Yes    ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.

☐ Yes    ☒ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☒ Yes    ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☒ Yes    ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or an emerging growth company. See definition of "large accelerated filer," "accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐           Accelerated filer ☒                    Non-accelerated filer ☐
                                                                         Emerging growth Company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

_____

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.

☒ Yes    ☐ No

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

US GAAP ☒                     International Financial Reporting          Other ☐
                              Standards as issued by the
                              International Accounting
                              Standards Board ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

☐ Item 17    ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

☐ Yes    ☒ No

Table of Contents

**TABLE OF CONTENTS**

PART I
ITEM 1.   IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS                                    5
ITEM 2.   OFFER STATISTICS AND EXPECTED TIMETABLE                                                  5
ITEM 3.   KEY INFORMATION                                                                          5
          A.   Selected Financial Data                                                             5
          B.   Capitalization and Indebtedness                                                     8
          C.   Reasons for the Offer and Use of Proceeds                                           8
          D.   Risk Factors                                                                        8
ITEM 4.   INFORMATION ON THE COMPANY                                                               46
          A.   History and Development of the Company                                              46
          B.   Business Overview                                                                   51
          C.   Organizational Structure                                                            78
          D.   Property, Plant and Equipment                                                       82
ITEM 4A.  UNRESOLVED STAFF COMMENTS                                                                83
ITEM 5.   OPERATING AND FINANCIAL REVIEW AND PROSPECTS                                             83
ITEM 6.   DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES                                               105
          A.   Directors and Senior Management                                                     105
          B.   Compensation                                                                        108
          C.   Board Practices                                                                     110
          D.   Employees                                                                           112
          E.   Share Ownership                                                                     113
ITEM 7.   MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS                                        113
          A.   Major Shareholders                                                                  113
          B.   Related Party Transactions                                                          114
          C.   Interests of Experts and Counsel                                                    115
ITEM 8.   FINANCIAL INFORMATION                                                                    115
          A.   Consolidated Statements and Other Financial Information                             115
          B.   Significant Changes                                                                 115
ITEM 9.   THE OFFER AND LISTING                                                                    115
          A.   Offer and Listing Details                                                           115
          B.   Plan of Distribution                                                                115
          C.   Markets                                                                             115
          D.   Selling Shareholders                                                                115
          E.   Dilution                                                                            115
          F.   Expenses of the Issue                                                               115
ITEM 10.  ADDITIONAL INFORMATION                                                                   116
          A.   Share Capital                                                                       116
          B.   Memorandum and Articles of Association                                              116
          C.   Material Contracts                                                                  120
          D.   Exchange Controls                                                                   120
          E.   Taxation                                                                            120
          F.   Dividends and Paying Agents                                                         127
          G.   Statement by Experts                                                                127
          H.   Documents on Display                                                                127
          I.   Subsidiary Information                                                              128
ITEM 11.  QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK                                128
ITEM 12.  DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES                                   129
PART II                                                                                            129
ITEM 13.  DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES                                          129
ITEM 14.  MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS             129
          A.   Use of Proceeds                                                                     129
ITEM 15.  CONTROLS AND PROCEDURES                                                                  130
ITEM 16A. AUDIT COMMITTEE FINANCIAL EXPERT                                                         132
ITEM 16B. CODE OF ETHICS                                                                           132
ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES                                                   133
ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES                               133
ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS                   133
ITEM 16F. CHANGES IN REGISTRANT'S CERTIFYING ACCOUNTANT                                            133
ITEM 16G. CORPORATE GOVERNANCE                                                                     133
ITEM 16H. MINE SAFETY DISCLOSURE                                                                   134
PART III                                                                                           134
ITEM 17.  FINANCIAL STATEMENTS                                                                     134
ITEM 18.  FINANCIAL STATEMENTS                                                                     134
ITEM 19.  EXHIBITS                                                                                 135

i

Table of Contents
***Recent Developments***

On June 4, 2019, our Board of Directors received a non-binding proposal letter from Cordlife Singapore, pursuant to which Cordlife Singapore proposed to combine the businesses of Cordlife Singapore and the Company, by way of a statutory merger. Cordlife Singapore would issue approximately 2.5 billion ordinary shares at an issue price of SGD0.5 per ordinary share in exchange for all of the outstanding ordinary shares of the Company at US$7.5 per ordinary share (the "CGL Proposal").

On June 5, 2019, a special committee of independent directors, consisting of Mr. Mark D. Chen, Ms. Jennifer J. Weng and Dr. Ken Lu, who are not affiliated with Cordlife Singapore, was formed to evaluate the CGL Proposal. In November 2019, Mr. Jack Chow replaced Ms. Weng as a member of the special committee. In February 2020, Mr. Jacky Cheng joined the special committee as a member. In February 2021, our Board of Directors and the board of Cordlife Singapore mutually agreed to discontinue any further discussions regarding the CGL Proposal.

On or about June 26, 2019, an originating summons was filed in the Grand Court of the Cayman Islands, Financial Services Division naming the Company and certain directors thereof as defendants in connection with the CGL Proposal. The proceedings, captioned *Jayhawk Capital Management, L.L.C., JHMS Fund, LLC and Kent C. McCarthy v. Global Cord Blood Corporation, Mark D. Chen, Jennifer Weng and Ken Lu, FSD Cause No. 122 of 2019 (RMJ),* challenged the CGL Proposal and alleged, among other things, that the consideration to be paid in such proposal was inadequate, as was the process by which the proposal was being evaluated due to the alleged lack of independence of certain members of the special committee to evaluate the CGL Proposal. The proceedings sought, among other relief, to enjoin the defendants from consummating the CGL Proposal and to direct the defendants to revoke the appointment of such members of the special committee. The Company reviewed the allegations contained in the summons and believed they were without merit. The Company defended the litigation vigorously and filed an application to strike out the proceedings on January 20, 2021. In May 2021, the proceedings were dismissed by the Cayman Islands Grand Court with costs ordered in favour of the Company and the other defendant directors.

On March 2, 2021, our Board of Directors received an unsolicited non-binding proposal letter from Alternate Ocean. Pursuant to the Alternate Ocean Proposal, acting on behalf of certain funds and/or entities that Alternate Ocean manages and/or advises, Alternate Ocean proposes to acquire all of the outstanding ordinary shares of the Company for US$5.00 per ordinary share in cash, subject to certain conditions. Our Board of Directors has formed a Special Committee of independent directors who are not affiliated with Alternate Ocean to evaluate such proposal. The Special Committee consists of Mr. Mark D. Chen, Dr. Ken Lu, Mr. Jack Chow and Mr. Jacky Cheng, each of whom currently serves as an independent director on the Board, with Mr. Mark D. Chen serving as the chair of the Special Committee.

As of the date of this report, the Special Committee is still considering and evaluating the Alternate Ocean Proposal, but it has not made any decision regarding the Alternate Ocean Proposal. See "Risk Factors — Risks to our Shareholders — There can be no assurance that any agreement will be executed with respect to the proposal made by Alternate Ocean, or that this or any other transaction will be approved or consummated. The absence of a definitive offer to acquire our ordinary shares would likely have an effect on the market price of our ordinary shares.".

50

Table of Contents

The following table sets forth the number of employees based in Beijing, Guangdong and Zhejiang respectively and categorized by function as of March 31, 2021:

| | Beijing | Guangdong | Zhejiang |
|---|---|---|---|
| Sales and marketing and after-sales support and services | 181 | 394 | 186 |
| Laboratory function | 63 | 111 | 49 |
| Management and administration | 87 | 92 | 52 |
| Total | 331 | 597 | 287 |

As a committed and socially responsible healthcare company, we believe that people are the most important asset of our business. As a result, we aim to remunerate our employees based on their experience, job requirements and performances. Our compensation package typically consists of the basic salary, discretionary bonuses, share options or restricted share units. Our employees are not represented by any collective bargaining agreement, and we have never experienced a strike. We believe we have been successful in maintaining a harmonious relationship with our employees.

### E.    Share Ownership

See Item 7, below.

### ITEM 7.    MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS

### A.    Major Shareholders

The following table sets forth information with respect to the beneficial ownership, within the meaning of Rule 13d-3 under the Exchange Act, of our ordinary shares, as of the date of this report:

- each person known to us to own beneficially more than 5% of our ordinary shares; and

- each of our directors and executive officers who beneficially own our ordinary shares.

Information provided as to 5% shareholders other than our employees or management is based solely on Schedules 13D or 13G or Forms 3, 4 and 5 filed with the Securities and Exchange Commission and subsequent issuances by the Company.

Beneficial ownership includes voting or investment power with respect to the securities and takes into consideration options and warrants exercisable by a person within 60 days after the date of this report. Except as indicated below, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all ordinary shares shown as beneficially owned by them.

| Name | Number of Shares Beneficially Owned | Percentage of Ownership [1] |
|---|---|---|
| *Directors and executive officers:* | | |
| Albert Chen | 453,605 | * |
| Mark D. Chen [2] | 221,825 | * |
| Jennifer J. Weng [2] | 221,825 | * |
| All directors and executive officers as a group | 682,430 | * |
| *Principal shareholders:* | | |
| Nanjing Ying Peng Asset Management Co., Ltd. [3] | 79,528,662 | 65.4 % |
| Kent C. McCarthy [4] | 12,000,000 | 9.9 % |
| Magnum Opus International (PTC) Limited, as trustee [5] | 6,608,137 | 5.4 % |

\*    Beneficially owns less than 1% of our ordinary shares.

(1)    Percentages based on 121,551,075 shares outstanding as of July 29, 2021, excluding shares owned by us.

113

Table of Contents

(2)    Includes 221,825 ordinary shares held by Pantheon China Acquisition Limited, an entity controlled by Mr. Mark D. Chen. Ms. Jennifer Weng and Mr. Chen are married.

(3)    Includes (i) 77,902,096 ordinary shares held by Blue Ocean; and (ii) 1,626,566 ordinary shares held of record by GM Stem Cells in which GM Stem Cells has agreed to immediately transfer to Blue Ocean or its designee on demand. Nanjing Ying Peng beneficially owns 100% of the outstanding shares of Blue Ocean and Nanjing Ying Peng Asset Management Co., Ltd. ("Nanjing Ying Peng GP") is the general partner and executive partner of Nanjing Ying Peng. As a result, each of Nanjing Ying Peng and Nanjing Ying Peng GP are deemed to be beneficial owners of the 79,528,662 ordinary shares beneficially owned by Blue Ocean. In addition, Mr. Yafei Yuan has the right to indirectly appoint three members out of five members of the investment committee of Nanjing Ying Peng, and as a result of the voting and disposition of the 79,528,662 ordinary shares beneficially owned by Nanjing Ying Peng being determined by such investment committee, Mr. Yafei Yuan may be deemed to beneficially own the 79,528,662 ordinary shares beneficially owned by Nanjing Ying Peng. Information derived from a Schedule 13D filed on February 8, 2018.

(4)    Includes 12,000,000 ordinary shares held by JHMS Fund, LLC, JHMS Management, LLC and Jayhawk Capital Management, L.L.C. Mr. McCarthy is the manager of Jayhawk Capital Management, L.L.C., which is the manager of JHMS Management, LLC. JHMS Management, LLC is the manager of JHMS Fund, LLC. As a result, Mr. McCarthy, Jayhawk Capital Management, LLC and JHMS Management, LLC are deemed to be beneficial owners of the securities owned of record by JHMS Fund, LLC. Information derived from a 13G/A filed on February 11, 2021.

(5)    Magnum Trustee has disclaimed beneficial ownership of such securities, except to the extent the exercise of its discretionary trust powers vests it with voting and/or dispositive control over such securities. Due to his ownership of all the outstanding interests in Mag Ops Limited, which is the sole owner of Magnum Trustee, Mr. Albert Chen may be deemed to beneficially own such securities, which beneficial ownership has been disclaimed by Mr. Chen.

As of June 30, 2021, 29.1% of our outstanding ordinary shares are held by 4 record holders in the United States. We are not aware of any arrangement that may, at a subsequent date, result in a change of control of our company.

**B.      Related Party Transactions**

**General Principles on Related Party Transactions**

Our Audit Committee has adopted an internal policy regarding the identification, review, consideration and oversight of any transaction, arrangement or relationship (or any series of similar transactions, arrangements or relationships) in which we and any "related party" are participants. Transactions involving compensation for services provided to us as an employee, director, consultant or similar capacity by a related person are not covered. A related party is any executive officer, director or a holder of more than five percent of our ordinary shares, including any of their immediate family members and any entity owned or controlled by such persons.

Under our policy, where a transaction has been identified as a related party transaction, management must present information regarding the proposed related party transaction to the Audit Committee of our Board of Directors for review. The presentation must include a description of, among other things, the material facts, the direct and indirect interests of the related parties, the benefits of the transaction to us and whether any alternative transactions are available. To identify related party transactions in advance, we rely on information supplied by our executive officers, directors and certain significant shareholders. In considering related party transactions, the Audit Committee of our Board of Directors takes into account the relevant available facts and circumstances including, but not limited to the risks, costs and benefits to us; the impact on a director's independence in the event the related person is a director, immediate family member of a director or an entity with which a director is affiliated; the terms of the transaction; the availability of other sources for comparable services or products; and the terms available to or from, as the case may be, unrelated third parties or to or from our employees generally. In the event a director has an interest in the proposed transaction, the director must excuse himself or herself from the deliberations and approval.