**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Global Cord Blood Corporation*
*Securities Litigation*

Case No. 1:24-cv-03071-PKC

### MOTION TO WITHDRAW APPEARANCE OF JORDAN ALLAN BLOCK

Pursuant to Local Rule 1.4, Defendant Cellenkos, Inc, by undersigned counsel, hereby move this Court for leave to allow the withdrawal of appearance of Jordan Allan Block as counsel for Defendant Cellenkos, Inc. in the above-captioned action. Withdrawal is necessary because Mr. Block will no longer be at King & Spalding LLP after March 5, 2025. In connection with the withdrawal, the clerk is requested to remove the name of Jordan Allan Block from the CM/ECF service list for this matter.

Michael J. Biles and John T. Goodwin at King & Spalding LLP will continue to serve as counsel for Defendant Cellenkos, Inc. in the above-captioned matter. Mr. Block's withdrawal will not occasion a request for an extension of any deadlines. Mr. Block is not asserting a retaining or charging lien in connection with his departure. Pursuant to Local Rule 1.4, a copy of this motion will be served upon Defendant Cellenkos, Inc. and all other parties.

Dated: March 3, 2025.

Respectfully submitted,

By */s/ Jordan Allan Block*
Michael J. Biles
John Thomas Goodwin
Jordan A. Block
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2369
MBiles@kslaw.com
JGoodwin@kslaw.com
jblock@kslaw.com

*Attorneys for Cellenkos, Inc.*

Application GRANTED.
SO ORDERED.
Dated: 3/4/2025

P. Kevin Castel
United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2025, I caused the foregoing to be served on all counsel of record by ECF and on Defendant Cellenkos, Inc. by email.

By:    /s/*Jordan A. Block*
Jordan A. Block

110 N Upper Wacker Dr.
Suite 3800
Chicago, IL 60606
Tel: (312) 706 8042
jblock@kslaw.com