## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: Global Cord Blood Corporation Securities Litigation* | Case No. 1:24-cv-03071-PKC |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court has considered Jordan Allan Block's Motion to Withdraw Appearance for Defendant Cellenkos, Inc. After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be GRANTED.

IT IS THEREFORE ORDERED, by the Court that Jordan Allan Block's is hereby granted to withdraw as counsel of record for the Defendant Cellenkos, Inc. in this matter and the Clerk is ordered to remove Mr. Block from this action's CM/ECF service list.

SO ORDERED.

Dated:  New York, New York
         March  4   , 2025

_____
P. KEVIN CASTEL
United States District Judge