UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: GLOBAL CORD BLOOD CORPORATION                    24 cv 3071 (PKC)
SECURITIES LITIGATION                                        ORDER
-----------------------------------------------------------x

CASTEL, District Judge:

Michael J. Biles and John T. Goodwin (the "Attorneys") have moved to withdraw as counsel for defendant Cellenkos, Inc. (the "Client"). The Attorneys state that they have been discharged by a person acting on behalf of the Client. The Court will grant the Attorney's motion to withdraw as attorney of record for to the Client.

**DEFENDANT CELLENKOS, INC. IS AN ENTITY AND NOT NATURAL PERSON AND THEREFORE IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT. DEFENDANT SHALL CAUSE A NOTICE OF APPEARANCE TO BE FILED BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT ON OR BEFORE OCTOBER 6, 2025. FAILURE TO COMPLY WILL RESULT IN STRIKING THE DEFENDANT'S ANSWER AND THE ENTRY OF A DEFAULT JUDGMENT AGAINST IT.**

The Attorney shall forthwith serve the Client with a copy of this Order and file an affidavit of service within five days of this Order.

Motion (ECF 151) is GRANTED.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        September 9, 2025