

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

October 21, 2025

**<u>VIA ECF</u>**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *In Re: Global Cord Blood Corp. Securities Litigation*, Case No. 1:24-cv-03071-PKC
> Notice of Recent Decision

Dear Judge Castel:

Plaintiffs write to inform the Court of the recent decision in the factually related shareholder derivative action, *MW Gestion v. Cellenkos Inc.*, Index No. 653598/2023 (Sup. Ct. N.Y. Cnty). By Order dated October 10, 2025, Justice Masley granted the defendants' motions to dismiss, on the grounds that the derivative plaintiffs "failed to allege facts sufficient to establish standing to bring this derivative action under Cayman Islands law." NYSCEF Doc. No. 405 at 19-20. A copy of the order is filed as an exhibit to this letter. No conference is currently scheduled before this Court.

In their pending motion to dismiss, Defendants Zheng and Albert Chen argued that other factually related cases including the derivative action lessened the interests of Plaintiffs and the United States in the instant action, so as to make the exercise of personal jurisdiction over them unreasonable. *See* ECF No. 121 at 17-18. Plaintiffs opposed. *See* ECF No. 136 at 45-47. The dismissal of the derivative action on standing grounds, unless later reversed, moots Zheng and Chen's argument to the extent it was based on the derivative action.

In opposing Defendant Kam's pending motion to dismiss, Plaintiffs argued that the derivative action makes the exercise of personal jurisdiction over him more reasonable because "he is already defending related claims in the United States, represented by the same U.S. counsel." *See* ECF No. 136 at 47. That conclusion is not diminished by the dismissal of the derivative action, as Kam has already retained and worked with U.S. counsel who have knowledge of the facts and legal issues underlying this action, which remains true following the derivative action's dismissal.

Plaintiffs' counsel has conferred with counsel for the Defendants who have responded to the amended complaint,[1] and is informed that while they do not agree with the contents of this notice of recent decision, they do not oppose the filing of such notice. Plaintiffs' counsel agrees that Defendant(s) may file a response, if any.

---

[1] Counsel for Defendant Global Cord Blood Corporation did not respond to emails from Plaintiffs' counsel concerning this notice.

The Honorable P. Kevin Castel
October 21, 2025
Page 2

 

Sincerely,

*/s/ Garth Spencer*

Garth Spencer