**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE: GLOBAL CORD BLOOD CORPORATION SECURITIES LITIGATION | Case No. 1:24-cv-03071-PKC |

### DECLARATION OF MICHAEL DAVID BIRNBAUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Michael David Birnbaum, hereby declare as follows:

1.      I am a partner at Morrison & Foerster LLP and am counsel of record for Mr. Yuen Kam in the above-referenced case.

2.      I submit this declaration in support of the motion to withdraw Michael D. Birnbaum as counsel of record in the above-referenced case.

3.      Mr. Kam has terminated Morrison & Foerster LLP's representation of him in this matter and instructed that I withdraw as counsel of record.

4.      I have informed Mr. Kam and the counsel Mr. Kam has decided to engage that Mr. Kam has a March 19, 2026 deadline to respond to Plaintiffs' Amended Complaint and that the Court has scheduled an Initial Pretrial Conference on April 15, 2026.

5.      Successor has informed me of his intention to file a notice of appearance promptly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 10, 2026
         New York, New York                      By:    /s/ Michael D. Birnbaum
                                                                Michael D. Birnbaum