# GLANCY PRONGAY WOLKE & ROTTER

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

March 13, 2026

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *In Re: Global Cord Blood Corp. Securities Litigation*, Case No. 1:24-cv-03071
> Plaintiffs' Opposition to Defendant Kam's Extension Request

Dear Judge Castel:

Lead Plaintiff Alessandro Somansino and additional named plaintiff Mark Lewko ("Plaintiffs") oppose Defendant Yuen Kam's request (ECF No. 170) to extend his answer deadline from March 19 to May 1, and to postpone the initial conference from April 15 to May 20 or later.

Plaintiffs submit that Mr. Kam's answer, like that of all Defendants, is necessary to inform the Parties' discussions at the initial conference. The Court's individual practices provide that "[a] request for an adjournment of time to answer a complaint should include a request to adjourn the initial conference to a date at least 14 days after the answer would be due." Mr. Kam's proposed extension, if granted, risks delaying the progress of this litigation. Plaintiffs' offer to *further* extend the already-extended deadline (*see* ECF No. 165) for Mr. Kam's answer to April 1 is more than reasonable, and has the benefit of preserving the Court's scheduled initial conference date.

Plaintiffs appreciate that Mr. Kam's new counsel may feel pressed for time, but the situation is of Mr. Kam's own making. He has known of the allegations against him for well over a year, and yet chose to retain new counsel only eight days (*see* ECF No. 169) before the already-extended answer filing deadline. Defendant Golden Meditech Holdings Limited will file its answer by March 19. *See* ECF No. 165. Mr. Kam is Golden Meditech's founder, chairman, controlling shareholder, and CEO. ECF No. 60 at ¶25. Given the serious and closely related allegations against both Mr. Kam and his company, it is highly likely that he has been involved in approving or helping to prepare Golden Meditech's answer, thus lessening any burden on him to approve or help to prepare his own answer.

Respectfully,

*/s/ Garth Spencer*

Garth Spencer