

**CA Legal Advisory**

Time to answer for all defendants is extended to April 17, 2026.   The conference for all parties is adjourned from April 20, 2026 to May 20, 2026 in Courtroom 11D.
SO ORDERED.
Dated:  3/13/2026

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

March 13, 2026

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re Global Cord Blood Corporation Securities Litigation*, No. 1:24-cv-03071 (PKC)

Dear Judge Castel:

I write on behalf of defendant Yuen Kam in the above-referenced action. In accordance with Rule 1.C of the Court's Individual Practices in Civil Cases, Mr. Kam respectfully requests an extension of time to answer, move, or otherwise respond to the Amended Complaint (ECF No. 60), and a corresponding adjournment of the Initial Pretrial Conference. The Initial Pretrial Conference is currently scheduled for April 15, 2026 at 3:00 p.m. Under the Court's February 26, 2026 Stipulation and Order (ECF No. 165), Mr. Kam's deadline to answer, move, or otherwise respond to the Amended Complaint is March 19, 2026. Mr. Kam respectfully requests that this deadline be extended to May 1, 2026 and that the Initial Pretrial Conference be adjourned to May 20, 2026, or a date thereafter convenient for the Court.

I entered an appearance on behalf of Mr. Kam on March 11, 2026 and require time to review the pleadings, the motion-to-dismiss record, and the Court's recent opinion. This matter also involves an extensive multi-jurisdictional factual and procedural history that warrants careful review. Communications with Mr. Kam necessarily involve translation into Chinese and therefore additional coordination.

This is Mr. Kam's first request for an extension of a deadline in this action.

In correspondence with plaintiffs' counsel, Mr. Kam initially requested a 90-day extension. Plaintiffs offered consent to an extension to April 1, 2026. Mr. Kam then proposed a compromise extension to May 1, 2026, but plaintiffs declined and do not consent to an extension beyond April 1, expressing concern that a longer extension could delay the case.

This request is made in good faith and not for purposes of delay.

The Honorable P. Kevin Castel
March 13, 2026


Respectfully submitted,

CA LEGAL ADVISORY LLC


/s/ Philip K. Thomas

Philip K. Thomas
9110 N. Loop 1604, Suite 104
San Antonio, Texas 78229
(973) 975-5628
philip@calegaladvisory.com

cc: Counsel of Record (via ECF)