UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

In re: Global Cord Blood Corporation Securities Litigation

-----------------------------------------------------------------

24 Civ. 3071 (PKC) (RFT)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial Supervision (includes scheduling, discovery, non-dispositive pretrial motions, and settlement but excludes any motion to amend the pleadings following the district judge's ruling on a dispositive motion)

__ Specific Discovery Dispute:________________

________________________________________

__ Discovery disputes when the district judge is unavailable.

__Settlement*

___ Inquest on Damages

___Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____________________________

__To hear and report on motion
[ ] dispositive [ ] non-dispositive

__To hear and report on habeas corpus petition

__To hear and report on Social Security appeal

__Dispositive motion (i.e., motion requiring a Report and Recommendation)

Particular motion:__________________

__________________________________

All such motions: ____

==========================================================================

* Do not check if already referred for General Pretrial Supervision which includes settlement.

SO ORDERED.

P. Kevin Castel
United States District Judge

DATED: New York, New York
July 21, 2026