UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Global Cord Blood Corporation Securities Litigation

24-CV-3071 (PKC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a discovery conference on **Thursday, July 29, 2026 at 10:30 AM**. The parties should be prepared to discuss the letter motion at ECF 203. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 175 603 904#.**

DATED: July 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**