July 21, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In Re: Global Cord Blood Corp. Securities Litigation*, Case No. 1:24-cv-03071

Dear Judge Tarnofsky:

Lead Plaintiff Alessandro Somansino and named plaintiff Mark Lewko ("Plaintiffs"), together with Defendants Global Cord Blood Corporation ("GCBC"),[1] Golden Meditech Holdings Limited ("Golden Meditech"), Yuen Kam, Ting (Tina) Zheng, and Bing Chuen (Albert) Chen (collectively "Defendants," and together with Plaintiffs, the "Parties"), hereby submit this joint letter to obtain confirmation of the date for the upcoming discovery conference.

The Court's July 21, 2026 Order scheduling the conference states that it will take place "on Thursday, July 29, 2026 at 10:30 AM." ECF No. 211. However, July 29 is a Wednesday, and July 30 is a Thursday. Therefore, the Parties respectfully request that the Court confirm whether the discovery conference will take place on Wednesday July 29, or on Thursday July 30.

*[signatures on following pages]*

[1] Defendant GCBC, a Cayman Islands-incorporated company, is in liquidation proceedings in the Grand Court of Cayman Islands, Commercial Division. The Grand Court has appointed Margot MacInnis, John Royle, and Chow Tsz Nga Georgia of Grant Thornton as joint provisional liquidators of GCBC. GCBC's counsel in this matter, Morgan, Lewis & Bockius LLP, was retained by and acts at the direction of GCBC's liquidators.

Respectfully submitted,

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: *<u>/s/ Garth Spencer</u>*
Garth Spencer
1925 Century Park E Ste 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
gspencer@glancylaw.com

*Attorneys for Lead Plaintiff Alessandro Somansino, Named Plaintiff Mark Lewko, and the Putative Class*

**KOBRE & KIM LLP**

By: *<u>/s/ Michael Cinnamon</u>*
Jay Y. Mandel
Steven W. Perlstein
Robin J. Baik (admitted *pro hac vice*)
Michael Cinnamon
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
jay.mandel@kobrekim.com
steven.perlstein@kobrekim.com
robin.baik@kobrekim.com
michael.cinnamon@kobrekim.com

*Attorneys for Defendant Golden Meditech Holdings Limited*

**MORGAN, LEWIS & BOCKUS LLP**

By: *<u>/s/ Matthew C. Ziegler</u>*
John C. Goodchild, III
Matthew C. Ziegler
Laura Hughes McNally (*pro hac vice* forthcoming)
Karen Pieslak Pohlmann (*pro hac vice* forthcoming)
2222 Market Street
Philadelphia, PA 19103-3007
+1.215.963.5000
+1.215.963.5001
john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com
laura.mcnally@morganlewis.com
karen.pohlmann@morganlewis.com

*Attorneys for Joint Provisional Liquidators of defendant Global Cord Blood Corporation*

**CA LEGAL ADVISORY LLC**

By: *<u>/s/ Philip K. Thomas</u>*
Francis J. Caruso (admitted *pro hac vice*)
Philip K. Thomas
9110 N. Loop 1604, Suite 104
San Antonio, Texas 78229
Telephone: (512) 566-2637
frank@calegaladvisory.com
philip@calegaladvisory.com

*Attorneys for Defendant Yuen Kam*

**DECHERT LLP**

By: */s/ May Chiang*
Benjamin E. Rosenberg
May Chiang
Amy M. ElSayed
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036 212-698-3500
Email: benjamin.rosenberg@dechert.com
Email: may.chiang@dechert.com
Email: amy.elsayed@dechert.com

*Counsel for Defendants Ting (Tina) Zheng and Bing Chuen (Albert) Chen*