UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Global Cord Blood Corporation Securities Litigation

24-CV-3071 (PKC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiffs' letter-motion for a discovery conference (ECF 203), which Defendants oppose (ECF 205, 206, 207, 208, 209). As discussed at the discovery conference held on July 29, 2026, the parties shall meet and confer further on (1) the possibility of depositions to address Plaintiffs' concerns about the two interrogatories at issue and (2) the relevant period for document production. The conference will be continued on **July 30, 2026** at **10:00 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 175 603 904#.**

DATED: July 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**