UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Global Cord Blood Corporation Securities Litigation

24-CV-3071 (PKC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the continued conference held on July 30, 2026, Plaintiffs' application to compel a further response to Defendants response to its interrogatories on the basis to the crime-fraud exception to the attorney-client privilege is premature, since Defendants have represented that they have not withheld any information on that basis in their interrogatory responses. The parties shall meet and confer further on the subject of the crime-fraud exception as it relates to document production.

The parties would benefit from closer supervision of discovery. Accordingly, beginning on **August 7, 2026** and **every two weeks thereafter** until the close of fact discovery, the parties shall file a joint letter on the docket updating the Court on the discovery exchanged in the prior period and raising any disputes that are ripe for the Court's consideration.

Plaintiffs shall reach out to Defendants **at least four weeks before** filing their anticipated motion for class certification to discuss a briefing schedule for the motion.

DATED: July 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**