CA | LEGAL ADVISORY

August 3, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *In re Global Cord Blood Corporation Securities Litigation, No. 1:24-cv-03071-PKC (S.D.N.Y.)*

Dear Judge Castel:

Defendant Yuen Kam respectfully requests leave to file the attached limited response to Plaintiffs' Request for Judicial Notice (ECF No. 220), and respectfully requests that the Court consider the attached response in connection with any determination of that Request, consistent with the opportunity to be heard provided by Federal Rule of Evidence 201(e). Consistent with Individual Practice 1.B, Kam presents this procedural request by letter. The next conference before the Court is scheduled for December 17, 2026, at 2:00 p.m.

Although captioned as a request for judicial notice, Plaintiffs' separate seven-page submission does more than identify the documents and facts proposed for notice. It advances substantive argument concerning the Rule 12(c) record and the significance of PX A and PX B, while Plaintiffs' opposition asserts that statements in Kam's Answer are "refuted" by those exhibits (ECF No. 218 at 8 n.6). Kam therefore submits the attached limited response to address Plaintiffs' substantive use of those exhibits.

Rule 201(e) entitles a party, on timely request, to be heard concerning both the propriety of taking judicial notice and the nature of the fact to be noticed. The attached response is confined to the permissible scope and use of any notice taken and is submitted solely under Rule 201(e).

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Philip K. Thomas*
Philip K. Thomas
Counsel for Defendant Yuen Kam

cc: All counsel of record (via ECF)