UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Global Cord Blood Corporation Securities Litigation

24-CV-3071 (PKC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By **October 26, 2026**, Counsel for Plaintiffs shall submit a letter setting forth the factual basis for the motion to withdraw as to Plaintiff Mark Lewko, emailed to my Chambers address, for in camera review. Counsel shall, by that same date, serve Plaintiff Mark Lewko with a copy of that letter by email and file proof of such service on the docket.

DATED: October 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**